EXHIBIT A(B) Guidelines 1 of 2

EXHIBIT: B

EEOC # 130 2005 00068X
Agency # 2001-0619-2004102917

**Office of Personnel Management** § 315.804

to complete the probationary period in the new position.

(d) Upon noncompetitive appointment to the competitive service under the Postal Reorganization Act (39 U.S.C. 101 et seq.), an employee of the Postal Career Service (including substitute and part-time flexible) who has not completed 1 year of Postal service, must serve the remainder of a 1-year probationary period in the new agency.

(e) A person who is appointed to the competitive service either by special appointing authority or by conversion under subparts F or G of this part serves a 1-year probationary period unless specifically exempt from probation by the authority itself.

[33 FR 12418, Sept. 4, 1968, as amended at 39 FR 962, Jan. 4, 1974; 45 FR 43365, June 27, 1980; 60 FR 54504, Oct. 16, 1995; 65 FR 14432, Mar. 17, 2000]

**§ 315.802 Length of probationary period; crediting service.**

(a) The probationary period required by § 315.801 is 1 year and may not be extended.

(b) Prior Federal civilian service (including nonappropriated fund service) counts toward completion of probation when the prior service:

(1) Is in the same agency, e.g., Department of the Army;

(2) Is in the same line of work (determined by the employee's actual duties and responsibilities); and

(3) Contains or is followed by no more than a single break in service that does not exceed 30 calendar days.

(c) Periods of absence while in a pay status count toward completion of probation. Absence in nonpay status while on the rolls (other than for compensable injury or military duty) is creditable up to a total of 22 workdays. Absence (whether on or off the rolls) due to compensable injury or military duty is creditable in full upon restoration to Federal service. Nonpay time in excess of 22 workdays extends the probationary period by an equal amount. An employee serving probation who leaves Federal service to become a volunteer with the Peace Corps or the Corporation for National and Community Service serves the remainder of the probationary period upon reinstatement provided the employee is reinstated within 90 days of termination of service as a volunteer or training for such service.

(d) The probationary period for part-time employees is computed on the basis of calendar time, in the same manner as for full-time employees. For intermittent employees, i.e., those who do not have regularly scheduled tours of duty, each day or part of a day in pay status counts as 1 day of credit toward the 260 days in a pay status required for completion of probation. (However, the probationary period cannot be completed in less than 1 year of calendar time.)

[60 FR 53504, Oct. 16, 1995]

**§ 315.803 Agency action during probationary period (general).**

The agency shall utilize the probationary period as fully as possible to determine the fitness of the employee and shall terminate his services during this period if he fails to demonstrate fully his qualifications for continued employment.

**§ 315.804 Termination of probationers for unsatisfactory performance or conduct.**

(a) When an agency decides to terminate an employee serving a probationary or trial period because his work performance or conduct during this period fails to demonstrate his fitness or his qualifications for continued employment, it shall terminate his services by notifying him in writing as to why he is being separated and the effective date of the action. The information in the notice as to why the employee is being terminated shall, as a minimum, consist of the agency's conclusions as to the inadequacies of his performance or conduct.

(b) Probation ends when the employee completes his or her scheduled tour of duty on the day before the anniversary date of the employee's appointment. For example, when the last workday is a Friday and the anniversary date is the following Monday, the probationer must be separated before the end of the tour of duty on Friday since Friday would be the last day the employee actually has to demonstrate fitness for further employment.

[33 FR 12418, Sept. 4, 1988, as amended at 60 FR 53505, Oct. 16, 1995]

167

05-16-03 7:09 AM

EEOC 130-2005-00068X
Agency# 2001-0619-20042917

Guest Folio

StudioPLUS #6078
990 Sunland Park Drive
El Paso, TX  79922
915-833-7731

Guest Name: THOMAS, LARRY               Company: US GOVERNMENT
    Address:
       City: BLOOMINGTON, CA 92316                                    1 of 1

Room: 223      Arrival: 5/15/03    Depart: 5/16/03 Res: 21323    Rate: $49.00
================================================================================
 Date      Description                        Charges     Payments     Balance
================================================================================
05/15/03   CASH                                 $0.00      $56.60     ($56.60)
05/15/03   DAILY ROOM CHARGE Rm:223            $49.00       $0.00      ($7.60)
05/15/03   LOCAL ROOM TAX                       $4.66       $0.00      ($2.94)
05/15/03   STATE ROOM TAX                       $2.94       $0.00       $0.00
================================================================================
Printed For 05/15/03 - 05/16/03
                                   Folio Summary For 1. Room Folio
                                   ==================================
                                          Room Charges:       $49.00
                                   Other Charges/Credits:      $0.00
                                          Phone Charges:       $0.00
                                                 Taxes:        $7.60
                                              Payments:      ($56.60)
                                   ==================================
                                          Total Balance Due   $0.00

Visit us online at www.extendedstay.com

EEOC# 130 2005 00068 X
Agency # 2001-0619-2004102917

## MOTEL 6 - MARSHALL, TEXAS     80895921

| Last THOMAS | First LARRY | Room # 245 | Folio # 142883 | Adult/Child 1/1 |
|---|---|---|---|---|
| Company/Group | | Arrive 05/16/03 | Depart 05/17/03 | Rate/Track RACK |
| Check-out Time | | Rate/Night 31.99 | Tax/Night 4.16 | Total Est. Charge 36.15 |

| Date | Room | Description | Charges | Credits |
|---|---|---|---|---|
| 05/16/03 | 245 | CASH | 36.15 | 36. |

**FOR RESERVATIONS NATIONWIDE, CALL 1-800-4-MOTEL 6**

NOTICE TO GUEST:
This property is privately owned. Management reserves the right to refuse service to anyone and will not be responsible for the loss of money, jewelry or valuables of any kind.
RATES ARE SUBJECT TO APPLICABLE TAXES AND MAY CHANGE WITHOUT ADVANCE NOTICE.

# Department of Veterans Affairs — EARNINGS AND LEAVE STATEMENT

| EMPLOYEE'S NAME | SEQUENCE NO | PP NO | END DATE | STA/SUB OFF NO | SERV STA | SOCIAL SECURITY NO | CC/SUB ACCT |
|---|---|---|---|---|---|---|---|
| THOMAS, LARRY D | 147130 | 3-14 | 07-26 | 619- | 619 | 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 | 8402.20-07 |

| FCP | NORM HRS | GRADE/STEP | SALARY RATE | L RATE CHANGE | BOND BALANCE | BOND ISS | LV GR | LEAVE YEAR WOP | T&L UNIT | FLSA STAT | WK 1 | WK 2 | ENVIR DIFF HOURS | RESERVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 475 | 80 | 12-01 | 58,204 | | | | | | 645 | N | | | | |

| TSP 1% GBC | TSP GM AMOUNT | TSP RATE AMT | TSP STAT | TSP ADJ | CK MAIL | LEAVE | CARRY OVER | USED | CURRENT BAL | P T CREDIT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ANNUAL | | | | |
| YEAR TO DATE EARNINGS 9,132.97 | CSRS - SINCE LAST APPOINTMENT | FERS - SINCE LAST APPOINTMENT 71.40 | | ADDL FED TAX DED 00 | | SICK | | | | |
| | | | | | | MILITARY | | | | |
| | | | | | | COMP/CREDIT | | | | |
| INCL ADJ | REC ONLY X | VCS COMM SALES | VCS PW COM RT | MIN WG WK 1 | MIN WG WK 2 | RESTORED NONPAYABLE | | | | |

| ITEM DESCRIPTION | EARNINGS HOURS | AMOUNT | ITEM DESCRIPTION | DEDUCTIONS IDENT/CODE | AMOUNT |
|---|---|---|---|---|---|
| MOVING EXPENSES | | 523.83 | OASDI TAX | | 4.28 |
| MOVING FRINGE BENEFITS | | 69.00 | MEDICARE TAX | | 1.00 |
| MOVING NONTAXABLE WAGE | | 454.83 | FEDERAL TAX-EXEMPTION/AMT | M02 | 17.25 |
| | | | STATE TAX - STATE/AMT | AL 02 | 3.45 |
| | | | OTHER DEDUCTIONS | | 25.98- |
| GROSS EARNINGS ▶ | | .00 | TOTAL DEDUCTIONS ▶ | | .00 |
| NET PAY ▶ | | .00 | | | |

FOR YOUR INFORMATION    PLEASE REVIEW YOUR EARNINGS AND LEAVE STATEMENT FOR ACCURACY.

VA FORM 5632
MAY 1999 (RS)

147130

THOMAS, LARRY D
SVC STA: 619  STA: 619  T&L: 645

**Practice Safety - It Could Save Your Life or a Loved One**

Practicing safety is an often-overlooked health habit. Here are a few safety habits to adopt this summer:
* Using seat belts; never driving when impaired by alcohol, drugs, or sleepiness
* Wearing bicycle helmets
* Having fire extinguishers readily available at home
* Being careful with poisonous substances
* Avoiding risky behavior

These are all safety habits, which contribute to your health and well-being. Are you safe? For additional information, check the VA National Center for Health Promotion and Disease Prevention's Website at
http://www.health4vets.com/
or http://www.vaprevention.com/

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| | 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 | 09-09-61 | 05-1- |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 101 | CAREER-CONDITIONAL APPOINTMENT |
| 5-C. Code | 5-D. Legal Authority |
| | P.L. 104-117, SEC. 511 |
| 5-E. Code | 5-F. Legal Authority |
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C. Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |
| | |

**7. FROM: Position Title and Number**

**15. TO: Position Title and Number**
IT SPECIALIST (SYS ADM)

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GS | 2210 | 12 | 01 | 78,204 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | | $0 | 56,204 | $0 |

**14. Name and Location of Position's Organization**

**22. Name and Location of Position's Organization**
VA HEALTH CARE SYSTEM
INFORMATION RESOURCE MANAGEMENT SVC
MONTGOMERY   AL

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2   1-None  3-10-Point/Disability  5-10-Point/Other    2-5-Point  4-10-Point/Compensable  6-10-Point/Compensable/30% | 2   0-None  2-Conditional    1-Permanent  3-Indefinite | | YES [X] NO |
| 27. FEGLI | 28. Annuitant Indicator | | 29. Pay Rate Determinant |
| C0  BASIC LIFE ONLY | 9  NOT APPLICABLE | | 6 |
| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
| K  FERS & FICA | 10-27-94 | F  FULL-TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | E-Exempt  N-Nonexempt | 1402-2002 | 0065 |
| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) | | |
| 01-2130-101 | MONTGOMERY   AL | | |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

**45. Remarks**
RETURNS CONTINUED:

FROZEN SERVICE: NONE.

CREDITABLE MILITARY SERVICE: 06 YRS, 06 MONTHS.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF VETERANS AFFAIRS | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
| VA1A | 1710 | 05-18-2003 | HUMAN RESOURCES OFFICER |