RECEIVED
2005 MAY 10 P 12:55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

Larry D. Thomas Sr.         )
3327 Lunceford St           )
Montgomery, Alabama         )
36108                       )
_____       )      EEOC 130 2005 00068X
        Plaintiff(s)        )      Agency # 2001-0619-2004102917
                            )
                            )
        v.                  )      2:05cv437-T
                            )
Department of Veterans Affairs )
R. James Nicholson          )
Secretary of Veterans       )
Affair                      )
_____       )
        Defendant(s)        )

MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff(s) __Larry D. Thomas Sr.__

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_Larry D. Thomas_ (PRO-SE)
_Larry D. Thomas_
Plaintiff(s) signature

3327 Lunceford St
Montgomery, AL 36108
(334) 538-6939

SCANNED
WP 5/11/05

O 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __Alabama__

__Larry D. Thomas Sr.__
Plaintiff

v.

__Secretary of Veterans Affairs
R. James Nicholson__
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: EEOC# 130 2005 00068X
2001-0619-2004102917
2:05cv437-T

I __Larry D. Thomas__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☒ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   __Department of Veteran Affairs    $58,204 YR.
   215 Perry Hill Rd,                  Last Date worked May, 14, 2004
   Montgomery, AL 36109__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends            ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments  ☒ Yes   ☐ No
   d. Disability or workers compensation payments     ☒ Yes   ☐ No
   e. Gifts or inheritances                           ☐ Yes   ☒ No
   f. Any other sources                               ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

SCANNED 5/11/05

240 Reverse (Rev. 10/03)

1) Worker Comp was receive for 6 months, and has been Stopped.
2) USED money from 401K, none remaining.

Do you have **any** cash or checking or savings accounts?   ☒ Yes   ☐ No

If "Yes," state the total amount. _$150.00_

Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☒ No

If "Yes," describe the property and state its value.

1989 Truck

List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

Mary A. Thomas  %100  wife
Javaris L. Thomas  %100  SON

I declare under penalty of perjury that the above information is true and correct.

_4/9/05_    _Larry D. Thomas_   _Larry Thomas_
Date                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.