**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

RECEIVED

2005 MAY 10  P 12: 55

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

Larry D. Thomas
3327 Cunceford St
Montgomery, Al 36108

VS

Secretary of Veterans Affairs
R. James. Nicholson

EEOC# 130 2005 00068X
Agency #  2001-0619-2004102917

2 : 05cv 437 - T

Motion for Appointment of Counsel

In accordance with Title VII under the Rehabilitation Act of 1973; I respectfully make a
motion to request counsel

- At this time I cannot afford counsel.
- Wrong Termination:
- **Exhibit A**
  When is an employee on probation?
  **Office of Personnel Management states under 315.801.  Subpart H Probation**
  **on appointment to a competitive position.**
  I was appointed to the position in the first week of April.
  Violation of Federal Guidelines.

  **Exhibit B**
  I was in travel status from Bloomington California May 15, 2003  to Montgomery
  Alabama May 17, 2003. 2004 was a leep year giving me and additional day. My
  official day count in federal employment is 366 days. Proof of travel provided and
  reimbursement from my employer.
  **Office of Personnel Management states under 315.804. Termination of a**
  **probationers for unsatisfactory performance or conduct.**
  **Violation of Federal Guidelines.**

- Race discrimination and harassment has taken place, which is a violation of
  federal law. With documentation to prove it and other employee to prove it.

Respectfully submitted: May 10, 2005

Larry D. Thomas
3327 Lunceford St.
Montgomery, AC 36108
(334) 538-6939 or 251-650-2462

Larry Thomas

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

Larry D. Thomas
3327 Lunceford St
Montgomery, Al 36108

     VS

Secretary of Veterans Affairs
R. James. Nicholson

**EEOC# 130 2005 00068X**
**Agency #  2001-0619-2004102917**

**Contact Info**
**1-251-650-2462 or 334-538-6939**