AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Larry D. Thomas, Sr.

V.  **SUMMONS IN A CIVIL CASE**

R. James Nicholson
Secretary of Veteran Affairs

CASE NUMBER:  2:05cv437-T

TO: (Name and address of Defendant)

R. James Nicholson
Secretary of Veteran Affairs
Department of Veterans Affairs
Washington, DC  20420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Larry D. Thomas, Sr. (Pro se)
3327 Lunceford St.
Montgomery, AL  36108

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEBRA P. HACKETT                                                5/20/05
CLERK                                                           DATE

(By) DEPUTY CLERK