AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

Larry D. Thomas, Sr.

**SUMMONS IN A CIVIL CASE**

V.

R. James Nicholson
Secretary of Veteran Affairs

CASE NUMBER: 2:05cv437

TO: (Name and address of Defendant)

Alberto Gonzales
Attorney General of the United States
10th and Constitutional Avenue
Washington, DC  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~~~~~ (name and address)

Larry D. Thomas, Sr.  (Pro Se)
3327 Lunceford St.
Montgomery, AL  36108

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEBRA P. HACKETT
CLERK

DATE  5/26/05

(By) DEPUTY CLERK