IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 JUN -7 P 4: 17
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| LARRY D. THOMAS, | ) |
| Plaintiff, | ) |
| V. | ) CIVIL ACTION NO: 2:05CV437-T |
| R. JAMES NICHOLSON, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW, the undersigned Counsels, **Juraldine Battle-Hodge** and **Zachary T. Collins**, and file this Notice of Appearance as counsels for **Larry Thomas, Sr.** in this action. The undersigned respectfully requests that all copies of all pleadings, notices, orders and the like be directed to their office.

Respectfully submitted,

_____
Juraldine Battle-Hodge (BAT033)
LAW OFFICES OF JURALDINE BATTLE-HODGE
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
Telephone:   (334) 262-1177
Facsimile:    (334) 263-5569

_____
Zachary T. Collins (COL126)
Attorney at Law
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
Telephone:   (334) 263-5575
Facsimile:    (334) 263-5569