**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                     TELEPHONE (334) 954-3600

September 13, 2005

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Thomas v. Nicholson**

**Case Number:   2:05-cv-00437-T**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached which had omitted page 3 of the document.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document #15   filed on   August 30, 2005.**