IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY D. THOMAS, SR., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:05cv437-T |
| | ) |
| R. JAMES NICHOLSON, | ) |
| | ) |
|    Defendant. | ) |

ORDER

For good cause, it is

ORDERED that Section 1 the Uniform Scheduling Order entered on September 2, 2005, be and is hereby amended to provide that the final pretrial conference be and is hereby changed from October 4, 2006 to September 21, 2006.

Done this 13th day of December, 2005.

                /s/Charles S. Coody
                CHARLES S. COODY
                CHIEF UNITED STATES MAGISTRATE JUDGE