IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Larry D. Thomas, Sr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05cv0437-MHT |
| | ) | |
| R. James Nicholson, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

It is hereby ORDERED that this court's order (Doc. 4) dated May 16, 2005 referring the above-styled case to the Magistrate Judge is VACATED.

DONE this 10th day of January, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE