**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

RECEIVED

2006 MAR 17  A 9: 19

DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| **LARRY D. THOMAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **CIVIL ACTION NO. 2:05-CV-437-W** |
| | ) |
| **R. JAMES NICHOLSON,** | ) |
| **SECRETARY, DEPARTMENT OF** | ) |
| **VETERANS AFFAIRS,** | ) |
| **Defendants.** | ) |

## MOTION TO WITHDRAW AS COUNSELS

**COME NOW** Juraldine Battle-Hodge and Zachary T. Collins, attorneys at law, and respectfully move this Honorable Court to allow them to withdraw from further representation Plaintiff, Larry D. Thomas, in this case and state the following reasons therefore:

1.  That the undersigned were retained on this case on June 7, 2005;

2.  That the undersigned have been unable to effectively communicate with the Plaintiff;

3.  That there has been an irreconcilable breakdown of the attorney-client relationship;

4.  That the Plaintiff has refused to cooperate with the undersigned in completing requested discovery;

5.  That as a result, the undersigned have been unable to cooperate with the Defendants' discovery requests;

6.   That the undersigned have communicated with the Plaintiff their intent to withdraw as counsels in the above-mentioned matter;

7.   That no hearings have been set for this case, and

8.   That as a result, the Plaintiff will not be prejudiced by allowing the undersigned to withdraw as counsels.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned counsels pray that this Honorable Court will grant their Motion to Withdraw.

Respectfully submitted this the 16th day of March 2006.

_____
JURALDINE BATTLE-HODGE (BAT033)
ZACHARY T. COLLINS (COL126)
Attorneys for the Plaintiff

OF COUNSEL
LAW OFFICES OF JURALDINE BATTLE-HODGE, P.C.
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
(334) 262-1177
(334) 263-5569 – Fax

LAW OFFICE OF ZACHARY T. COLLINS, LLC.
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
(334) 263-5575
(334) 263-5569 - Fax

## CERTIFICATE OF SERVICE

I hereby certify that, on the 16th day of March 2006, the foregoing document was served upon the following counsels of record by placing a copy of the same in the U.S. Mail, First Class postage prepaid, addressed as follows:

Randolph Neeley
Assistant United States Attorney
United States Attorney's Office
P.O. Box 197
Montgomery, AL 36101-0197

Plaintiff
Larry D. Thomas
3327 Lunceford Street
Montgomery, AL 36108

_____
Of Counsel