IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY D. THOMAS, SR. | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO.2:05-CV-437-WKW |
| | ) |
| R. JAMES NICHOLSON, | ) |
| | ) |
|    Defendant. | ) |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Counsels (doc. #22) filed on March 17, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this day 20th of March, 2006.

                                                  /s/ W. Keith Watkins
                                           UNITED STATES DISTRICT JUDGE