IN UNITED STATES DISTRCT COURT
FOR THE MIDDLE DISTRICT OD ALABAMA
Northern Division

RECEIVED
2006 MAY 19 A 11: 13

Larry D Thomas

**Plaintiff**              Civil Action NO 2:05cv437-T

Vs.                        Motion for the extension of time

R. James Nicholson,

**Defendants**

Pursuant to Federal Rules of Appellate Procedure Rule 26(b), Appellant-Plaintiff Larry D Thomas hereby files this motion for an extension of time based on the following reasons.

- Larry Thomas filed his notice to sue on May 10 2005, after receiving his right to sue letter and not being able to afford an attorney. I did not stop seeking counsel until I found someone that would take my case. The proposed counsel excepted my case and did not do any thing for me, after receiving the interrogator questions, I ask to meet with counsel to advise me on the questions and they never had time. My Prior counsel held my information not reviewing any of my documents. Based on my initial complaint and having my document review by other counsel, I found out my complaint was not prepared correctly and my case would be thrown out do to my inability to prepare legal documents. This also told me the counsel who except my case did not even review my complaint in all the time they held my files, because they would have at least amended my initial complaint.

- Plaintiff is formally untrained in the legal profession and has never prepared for any type legal case before (and thus requires more time to seek counsel and prepare his brief), whereas Defendant staff has much experience and the unlimited resources of the federal government at its disposal.

- Larry D Thomas respectfully requests that the Court extend the amount of time that he has to seek appropriate counsel, and to give new counsel proper time to prepare for the opposition. I respectfully request that the court give Mr. Thomas a brief thirty (30) to find legitimate counsel, an sixty (60) days for new counsel to properly prepare.

- In the case of *Haines v. Kerner* 404 U.S. 519 (1972) the U.S. Supreme Court ruled that procedural rules should be relaxed for pro se litigants. Thus Appellant requests an extension of time to file his brief.

**Certificate of Service:** I do hereby certify that on this date I delivered properly a copy of this pleading to opposing counsel by regular U.S. mail.

Executed on May 19, 2006

Respectfully submitted,

*Larry D. Thomas* 5/18/06
Larry D Thomas / Plaintiff
3327 Lunceford St
Montgomery, Alabama 36108


ATTN: Magistrate Judge Charles Coody
OFFICE OF THE CLERK
United States District Court
P.O Box 771
Montgomery, Alabama 35101-0711


Randolph Neeley
Assistant United States Attorney
United States Attorney's Office
P.O. Box 197
Montgomery, Al 36101-0197