# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 5/26/06 | AT | 11:00 A.M. - 11:04 A.M. |
| DATE COMPLETED: 5/26/06 | AT | FTR RECORDING |

LARRY D. THOMAS

  Plaintiff

vs..

R. JAMES NICHOLSON

  Defendant

CASE NO. 2:05CV437-WKW-CSC

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Mr. Larry D. Thomas, Pro Se | | Atty. R. Randolph Neeley |

### COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON        LAW CLERK: CORRIE LONG

( X ) OTHER PROCEEDINGS:  ***ORAL ARGUMENT RE: MOTION FOR EXTENSION OF TIME AND SCHEDULING CONFERENCE***

# SEE MINUTES ATTACHED

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

**Description:** Scheduling Status conf - 2:05cv437-WKW
**Date:** 5/26/2006    **Location:** Courtroom 4B

| Time | Speaker | Note |
|---|---|---|
| 11:00:00 AM | Court | Court convenes; parties present as noted; Discussion as to the motion to extend time filed by plaintiff, which the court contrues as additional time to get a lawyer; |
| 11:00:15 AM | Mr. Thomas, Pro Se | Yes sir; |
| 11:00:18 AM | Court | Have you done anything about that? |
| 11:00:18 AM | Mr. Thomas, Pro Se | Currently trying to pursue a lawyer; May have to go outside the area to get a lawyer; |
| 11:00:47 AM | Court | How long will you need? |
| 11:00:50 AM | Mr. Thomas, Pro Se | At least 30 days to go over to Atlanta to find an attorney and for them to prepare; |
| 11:01:03 AM | Court | Discussions as to procedures regarding cases filed pro se; conducting discovery, time for filing motions in the case; Court will enter a scheduling order and allow a larger period of time then the normal 90 days to allow plaintiff time to get a lawyer. Will set a discovery period of 135 days; Plaintiff advised that he do get a lawyer, that lawyer needs to file a notice of appearance; Defense advised to hold off discovery for 45 days; |
| 11:02:59 AM | Mr. Thomas, Pro Se | Addresses the court appointment of counsel, if unable to find a lawyer; |
| 11:03:17 AM | Court | Response; |
| 11:04:01 AM | Court | Court is recessed. |