IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY D. THOMAS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv437-WKW |
| | ) |
| R. JAMES NICHOLSON, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the May 19, 2006, motion for an extension of time (doc. # 26) filed by the plaintiff. Oral argument was held on May 26, 2006. Contemporaneously with the filing of this order, the court entered a scheduling order. Accordingly, upon consideration of the motion, it is

ORDERED that the motion for an extension of time (doc. # 26) be and is hereby DENIED as moot.

Done this 31st day of May, 2006.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE