RECEIVED

IN UNITED STATES DISTRCT COURT
FOR THE MIDDLE DISTRICT OD ALABAMA
Northern Division

2006 JUL 14 P 12: 00

_ERA P. HACKETT_
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

Larry D Thomas
Plaintiff

Civil Action NO 2:05cv437-T

Vs.

Motion for Leave To File an Amended Supplement Complaint

R. James Nicholson,
Defendants

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED SUPPLEMENTAL COMPLAINT

Plaintiff *pro se* Larry D. Thomas hereby moves the Court, pursuant to Rule 15(a) and (d) of the Federal Rules of Civil Procedure, for leave to file an amended supplemental complaint following the lost of counsel and my information not clearly explaining the acts of discrimination that took place during my employment. The amended supplemental complaint would expand the scope of the complaint to enhance the statements already given in the initial complaint. *Pro se* May 10, 2005 administrative response did not address the full scope of the discrimination that had taken place it was a narrow responded to a small portion of the events that took place.

A proposed amended supplemental complaint accompanies this motion, which also includes two attachments.

Sign _Larry Thomas_    Date _07/14/06_

Executed on July 14, 2006

Respectfully submitted,

*Larry Thomas 07/14/06*
Larry D Thomas / Plaintiff
3327 Lunceford St
Montgomery, Alabama 36108


ATTN: Magistrate Judge Charles Coody
OFFICE OF THE CLERK
United States District Court
P.O Box 771
Montgomery, Alabama 35101-0711


Randolph Neeley
Assistant United States Attorney
United States Attorney's Office
P.O. Box 197
Montgomery, Al 36101-0197