IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY D. THOMAS, SR., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv437-WKW |
| | ) |
| R. JAMES NICHOLSON, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Upon consideration of the plaintiff's motion for leave to file an amended supplemental complaint (doc. # 31), it is

ORDERED that on or before August 1, 2006, the opposing party shall show cause why the motion should not be granted.

Done this 18th day of July, 2006.

                                  /s/Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE