**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| LARRY D. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: **02:05-CV-437-MHT-CSC** |
| | ) |
| R. JAMES NICHOLSON, | ) |
| SECRETARY, DEPARTMENT OF | ) |
| VETERANS AFFAIRS, | ) |
| | ) |
| Defendant. | ) |

**RESPONSE TO MOTION FOR LEAVE TO FILE AN AMENDED**
**SUPPLEMENTAL COMPLAINT**

Comes now the Defendant, R. James Nicholson, by and through Leura G. Canary,

United States Attorney for the Middle District of Alabama, and in response to the above-

styled motion filed by the plaintiff in this cause, states as follows:

The defendant has no objections to the filing of the amended complaint in this

cause.

Respectfully submitted this 3rd day of August, 2006.

> LEURA G. CANARY
> United States Attorney
>
>
> By:    s/R. Randolph Neeley
>         Assistant United States Attorney
>         Bar Number:  #9083-E56R
>         Attorney for Defendant
>         United States Attorney's Office
>         Post Office Box 197
>         Montgomery, AL  36101-0197
>         Telephone: (334) 223-7280
>         Facsimile:  (334) 223-7418
>         E-mail:  rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I placed a copy of the foregoing in the United States Mail, first class postage affixed addressed to Larry D. Thomas, *pro se*, 3327 Lunceford St., Montgomery, AL 36108.

Done this 3rd day of August, 2006.

> s/R. Randolph Neeley
> Assistant United States Attorney