IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY D. THOMAS, SR., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv437-WKW |
| | ) |
| R. JAMES NICHOLSON, | ) |
| | ) |
|    Defendant. | ) |

ORDER

Now pending before the court is the July 14, 2006, motion for leave to file an amended supplemental complaint (doc. # 31) filed by the plaintiff. On August 3, 2006, the defendant filed a motion for leave to file a response out of time (doc. # 33) in which the defendant does not object to the plaintiff's motion to file an amended complaint. Accordingly, upon consideration of the motions and for good cause, it is

ORDERED that the defendant's motion for leave to file a response out of time (doc. # 33) and the plaintiff's motion for leave to file an amended supplemental complaint (doc. # 31) be and are hereby GRANTED.

Done this 10th day of August, 2006.

                                        /s/Charles S. Coody
                                  CHARLES S. COODY
                                  CHIEF UNITED STATES MAGISTRATE JUDGE