IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY D. THOMAS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-437-WKW |
| | ) |
| R. JAMES NICHOLSON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For good cause, it is hereby ORDERED as follows:

1. The pretrial hearing set in this case is RESCHEDULED from **September 21, 2006** to **January 5, 2007.**

2. The trial of this case is RESCHEDULED from **November 6, 2006** to **February 12, 2007.**

DONE this 30th day of August, 2006.

　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE