IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY D. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **02:05-CV-437-WKW** |
| | ) |
| R. JAMES NICHOLSON, | ) |
| SECRETARY, DEPARTMENT OF | ) |
| VETERANS AFFAIRS, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE,
MOTION FOR SUMMARY JUDGMENT**

Comes now the defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and move this Court to dismiss the above-styled action pursuant to Rules 12(b)(1), 12(b)(6) and, alternatively, 56(c) of the Federal Rules of Civil Procedure. The defendant asserts that each and every claim within the complaint is due to be dismissed as the plaintiff has failed to state a claim upon which relief may be granted and / or Defendant is entitled to summary judgment as matter of law. In support of this motion, Defendant relies on the following:

1. The pleadings, which are of record and, hence not submitted herewith;

2. The exhibits attached hereto which are numbered as Defendants' Exhibits 1 through 32.

3. The memorandum brief contemporaneously filed herewith.

WHEREFORE, premises considered, the complaint is due to be and should be dismissed and / or summary judgment granted Defendant with costs of this litigation taxed to Plaintiff.

Respectfully submitted this the 11th day of October, 2006.

        LEURA G. CANARY
        United States Attorney

By: s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    **E-mail: rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff as follows:

    Mr. Larry D. Thomas, pro se
    3327 Lunceford St.
    Montgomery, AL 36108

                                s/R. Randolph Neeley
                              Assistant United States Attorney