IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY D. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **02:05-CV-437-WKW** |
| | ) |
| R. JAMES NICHOLSON, | ) |
| SECRETARY, DEPARTMENT OF | ) |
| VETERANS AFFAIRS, | ) |
| | ) |
| Defendant. | ) |

## **DEFENDANT'S LIST OF EXHIBITS**

Defendant's Exhibit 1 (DEX 1), Notification of Personnel Action;

Defendant's Exhibit 2 (DEX 2), Declaration of William Greer;

Defendant's Exhibit 3 (DEX 3), sworn statement of Saundrah Venne;

Defendant's Exhibit 4 (DEX 4), sworn statement of Ty Beasley;

Defendant's Exhibit 5 (DEX 5), declaration of Judith St. Onge;

Defendant's Exhibit 6 (DEX 6), EEO Counselor Thomas E. Allen's report;

Defendant's Exhibit 7 (DEX 7), Notice of Right to File Discrimination Complaint, dated June 28, 2004, addressed to Larry Thomas;

Defendant's Exhibit 8 (DEX 8), VA Form 4939, Complaint of Employment Discrimination, dated July 6, 2004 and signed by Larry D. Thomas;

Defendant's Exhibit 9 (DEX 9), August 25, 2004 letter to Larry D. Thomas from Department of Veterans Affairs, Office of Resolution Management;

Defendant's Exhibit 10 (DEX 10), Department of Veterans Affairs, Office of Employment Discrimination Complaint Adjudication;

Defendant's Exhibits 11 - 19 (DEX 11- 19), e-mails produced by the plaintiff;

Defendant's Exhibits 20 - 30 (DEX 20 - 30), emails produced by the plaintiff;

Defendant's Exhibit 31 (DEX 31), excerpt of deposition of Mr. Larry Thomas;

Defendant's Exhibit 32 (DEX 32), May 14, 2004 letter to Larry D. Thomas from Chief, Human Resources Management.