# EXHIBIT 1

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| | 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 | 09-09-61 | 05-?-? |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 101 | CAREER-CONDITIONAL APPOINTMENT |
| 5-C. Code | 5-D. Legal Authority |
| ZLM | P.L. 106-117, SEC. 511 |
| 5-E. Code | 5-F. Legal Authority |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| 6-C. Code | 6-D. Legal Authority |
| 6-E. Code | 6-F. Legal Authority |

7. FROM: Position Title and Number

15. TO: Position Title and Number
IT SPECIALIST (SYS ADM)

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GS | 2210 | 12 | 01 | $58,204 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | | $0 | $58,204 | $0 |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization
VA HEALTH CARE SYSTEM
INFORMATION RESOURCE MANAGEMENT SVC
MONTGOMERY   AL

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2 — 1-None / 2-5-Point / 3-10-Point/Disability / 4-10-Point/Compensable / 5-10-Point/Other / 6-10-Point/Compensable/30% | 2 — 0-None / 1-Permanent / 2-Conditional / 3-Indefinite | | YES [X] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC LIFE ONLY | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K   FERS & FICA | 10-27-94 | F   FULL-TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1-Competitive Service / 2-Excepted Service / 3-SES General / 4-SES Career Reserved | E-Exempt / N-Nonexempt | ?02-2002 | 0065 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 01-2130-101 | MONTGOMERY   AL |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

45. Remarks:

REMARKS CONTINUED:

FROZEN SERVICE: NONE.

CREDITABLE MILITARY SERVICE: 06 YRS, 06 MONTHS.

DEFENDANT'S EXHIBIT 1

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF VETERANS AFFAIRS | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | HUMAN RESOURCES OFFICER |
| VA?? | 1710 | 05-18-2003 | |