# EXHIBIT 7



**DEPARTMENT OF VETERANS AFFAIRS**
**Office of Resolution Management**
**P O Box 5005**
**Bay Pines, Florida 33744-5005**

June 28, 2004

*In Reply Refer to*: (08J)

Larry Thomas
3327 Lunceford Street
Montgomery, AL 36108

**SUBJECT:  NOTICE OF RIGHT TO FILE A DISCRIMINATION COMPLAINT**

1.  This notice informs you that on the above date, the final counseling was held in connection with the matter you presented to me on June 2. 2004.

2.   If you are not satisfied with the results of the EEO counseling and believe that you have been subjected to discrimination because of your race, color, religion, sex (sexual harassment or sexual orientation), national origin, age, disability or reprisal for prior EEO activities, you now have the right to file a formal complaint of discrimination. **If you decide to file a formal complaint, you must do so WITHIN FIFTEEN (15) CALENDAR DAYS OF YOUR RECEIPT OF THIS NOTICE.** A complaint shall be deemed timely if it is received or postmarked before the expiration of the 15 calendar day filing period noted above, or in the absence of a legible postmark, if it is received by mail within five days of the expiration of the filing period.  Please note that if a complaint is filed on the basis of sexual orientation, you do not have appeal rights beyond the Department of Veterans Affairs.

3.   Attached is VA Form 4939, Complaint of Employment Discrimination.  If you choose to file a formal complaint at this time, please use this form and carefully read the instructions on the reverse side before completing it.  I am available to assist you in filling out this form and to answer any questions you may have about it.  If you require assistance, please contact me **immediately**.  Please note that the **fifteen (15) calendar days** time frame mentioned above will not be extended due to your desire to seek my assistance in completing this form.

4.  Any complaint you choose to file may be filed in person or by mail with the EEO Officer. You may also file it with the Secretary of Veterans Affairs or with the Deputy Assistant Secretary for Office of Resolution Management (DAS/ORM).  Their addresses are listed below:

Bill N. Low, Regional EEO Officer
Department of Veterans Affairs
Office of Resolution Management Field Office (08J)
P O Box 5005, Building 37
Bay Pines, Florida 33744-5005



DEFENDANT'S
EXHIBIT
7

*"Honoring And Serving Our Nation's Veterans By Promoting*
*An Environment That Is Free Of Discrimination"*

Secretary of Veterans Affairs
Department of Veterans Affairs
810 Vermont Avenue, NW
Washington, D.C.  20420

Office of Resolution Management
Deputy Assistant Secretary (08)
810 Vermont Avenue, NW
Washington, D.C.  20420

5.   If you file a complaint with the Secretary or the DAS/ORM, **you should provide a copy to this ORM Field Office**.  Since the Secretary and the DAS/ORM will send your complaint to this ORM Field Office for initial processing, **failure to provide a copy to this ORM Field Office will only delay the processing of your complaint**.

6.   You must identify each event you are protesting and provide the date on which each event occurred.  Your complaint must be specific and limited to the events you discussed with me.  **Therefore, if there are any events that you have not discussed with me, please do so immediately**.  Regulations require that you provide the Department with an opportunity to resolve each event informally at EEO counseling.

7.   You are entitled to representation at every stage of the complaint process.  You may choose anyone to represent you, unless that person occupies a position within the VA that would create a conflict of interest.  If you do select a representative, you must inform this ORM Field Office of your representative's name and business address.

8.   If you are a member of the bargaining unit, you may have the right to address the events you discussed with me through the union grievance procedure, if the negotiated agreement permits claims of discrimination to be raised.  Regulations provide that you may file a grievance or an EEO complaint about the events in dispute, but not both.  Should you file both, whichever you file first (a union grievance or an EEO complaint) will be considered your election to proceed in that forum.

9.   If you are complaining about a matter which may be appealed to the Merit Systems Protection Board (MSPB), you may file an EEO complaint or an MSPB appeal, but not both.  Whichever you file first (a formal EEO complaint or an MSPB appeal) will be considered your election to proceed in that forum.  If I can be of further assistance to you, please advise.


_____
Thomas E. Allen, EEO Counselor

June 28, 2004_____
Date

_____
Larry Thomas, Aggrieved

7/6/04_____
Date

7002 3150 0000 2493 7278

*Larry Thomas*
*3327 Lunceford St*
*Montgomery, AL 36108*

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Larry Thomas_  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*    C. Date of Delivery<br>_Larry Thomas_    7/06/06<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>**Larry Thomas<br>3327 Lunceford Street<br>Montgomery, AL 36108** | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7002 3150 0000 2493 7278 |

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540