# EXHIBIT 8

**VA** **Department of Veterans Affairs** | **COMPLAINT OF EMPLOYMENT DISCRIMINATION**

| 1. NAME (Last, first, middle initial)(Please print) | 2. MAILING ADDRESS | 3a. WORK TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| Thomas, Larry D. | 3327 Limeeford St. Montgomery, Alabama 36108 | |
| | | 3b. HOME TELEPHONE NUMBER (Include Area Code) 334-240-0967 |

| 4. ARE YOU: | 5a. JOB TITLE, SERIES AND GRADE  GS-12 | 6. NAME AND ADDRESS OF VA FACILITY WHERE DISCRIMINATION OCCURRED |
|---|---|---|
| ☐ A VA EMPLOYEE | Vista Imaging Implementation Mgr | 215 Perry Hill RD. Montgomery AL. 36109 |
| ☐ AN APPLICANT FOR EMPLOYMENT | 5b. SERVICE/SECTION/PRODUCT LINE | |
| ☒ A FORMER VA EMPLOYEE | Clinical Informatics | |

**INSTRUCTIONS:** For each employment related matter that you believe was discriminatory you must list the bases (list one or more of the following): **Race** (Specify), **Color** (Specify), **Religion** (Specify), **Sex** (Male or Female), **Sexual Orientation**, **National Orgin** (Specify), **Age** (Provide date of birth), **Disability** (Specify), and **Reprisal** for prior EEO activity or having opposed discrimination.

| 7. BASIS | 8. CLAIM(S) (What employment related claim(s) - personnel action(s), incident(s), or event(s), caused you to file this complaint? Briefly, describe what happened below. Use an additional sheet of paper if necessary.) | 9. DATE OF OCCURRENCE (Include the most recent date(s)) |
|---|---|---|
| Race | ① I was being Charge with allegations without Senior management looking into the matter. ② Mr. Greer & Harold question if my certifications were Real. ③ I was never given an office the whole time I work here, the first time. I was at a folding table. ④ The charges being made against me are false by St. Onge and it took them two days to produce this info after my termination. | 10/30/03 9/25/03 5/7/03 9/20/03 9/24/03 |

**10. REMEDIES SOUGHT** Return to work with back pay and all leaves that was loss due to the cash pay out and time I would have served if working. ② Compensatory for all punitive damages within the maximum of the law. ③ No retaliation against me from upper management or the VISN.

| 11a. DO YOU HAVE A REPRESENTATIVE? | 11b. IF "YES," IS HE OR SHE AN ATTORNEY? | 11c. PROVIDE THE NAME, ADDRESS, AND TELEPHONE NUMBER OF YOUR REPRESENTATIVE |
|---|---|---|
| ☐ YES  ☒ NO | ☐ YES  ☐ NO | |

| 12a. HAVE YOU CONTACTED AN EEO COUNSELOR? | 12b. NAME OF EEO COUNSELOR | 12c. DATE OF INITIAL CONTACT WITH ORM |
|---|---|---|
| ☒ YES  ☐ NO | Thomas E. Allen | |

**13. NOTE:** If you contacted an EEO Counselor more than 45 calendar days after the Date(s) of Occurrence, listed in item 9, or if this complaint is filed more than 15 calendar days after receipt of a Notice of Right to File a Discrimination Complaint, you must explain why you were untimely in seeking EEO counseling or untimely in filing a complaint. (If more space is needed, use an additional sheet of paper.)

| 14a. HAVE YOU FILED A UNION GRIEVANCE ON ANY CLAIM(S) LISTED ABOVE? | 14b. IF "YES," LIST THE CLAIM(S) AND DATE GRIEVANCE FILED | 15a. HAVE YOU FILED AN APPEAL WITH THE MERIT SYSTEM PROTECTION BOARD (MSPB) ON ANY OF THE CLAIMS LISTED ABOVE? | 15b. IF "YES," LIST THE ISSUE(S) AND DATE MSPB APPEAL FILED. |
|---|---|---|---|
| ☐ YES  ☒ NO | | ☐ YES  ☒ NO | |

| 16a. HAVE YOU FILED THIS COMPLAINT WITH ANYONE ELSE? | 16b. IF "YES," PROVIDE THE NAME AND ADDRESS |
|---|---|
| ☐ YES  ☒ NO | |

| 17. SIGNATURE OF COMPLAINANT (Do not print) | 18. DATE |
|---|---|
| Larry D. Thomas | 7/6/04 |

VA FORM NOV 1999(R) **4939**

[JetForm]