# EXHIBIT 11

**Greer, William H. CAVHCS**

| | |
|---|---|
| **From:** | Beasley, Ty CAVHCS |
| **Sent:** | Thursday, May 13, 2004 5:01 PM |
| **To:** | Greer, William H. CAVHCS |
| **Subject:** | FW: Training reminder, Your assistance is requested |

fyi

-----Original Message-----

| | |
|---|---|
| **From:** | Thomas, Larry Donell CAVHCS |
| **Sent:** | Wednesday, July 02, 2003 1:43 PM |
| **To:** | Shroff, Srinivas R. CAVHCS; Chava, N. Rao CAVHCS; Robinson, Cliff Jr. CAVHCS |
| **Cc:** | Beasley, Ty CAVHCS |
| **Subject:** | Training reminder, Your assistance is requested |

In and effort to prepare for training the following information is requested from all the department heads.
I understand that you are busy, please take the time to assist in your department training plan. I'm Larry Thomas the VistA RAD Imaging manager, we are preparing to start training. I will be the person that will assist you and your staff in a smooth training transition on the new program.
This letter is to make and assessment of your training needs for the VistA RAD Training. It is very important that we work together to make this transition a success, and in doing so I ask for your assistants in selecting the individuals in your department that will require training. A list of every provider that will require training in your department by Monday July 7th would be very much appreciated.

- **Objectives:**

- Please list individual in the order of who needs to be trained first.

- If you can see to all of your personnel attending training on desired and requested date if would be a great service in implementing training, we understand that emergency come up and if so a phone call would be appreciate to reschedule training.

- What equipment or special needs might you have for your personnel if any?

- Please list provider with location.

- Will community base clinic's provider be able to train in Montgomery or Tuskegee?

- How many providers do you have on second and third shift?

If each Director can address these issues in the manner requested you would be doing a great service in facilitating the training program.

Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424

**DEFENDANT'S EXHIBIT**

CASE NO. 2:05-437-7

EXHIBIT NO. 11

# EXHIBIT 12

**Greer, William H. CAVHCS**

| | |
|---|---|
| ɔm: | Beasley, Ty CAVHCS |
| Sent: | Thursday, May 13, 2004 4:58 PM |
| To: | Greer, William H. CAVHCS |
| Subject: | FW: Required Reading For TSO Install |

fyi

-----Original Message-----
| | |
|---|---|
| From: | Thomas, Larry Donell CAVHCS |
| Sent: | Friday, July 18, 2003 10:17 AM |
| To: | Marshall, John L CAVHCS; Piper, William E. CAVHCS; Sumner, Judy G CAVHCS; Vielhauer, Wayne S. CAVHCS |
| Cc: | Beasley, Ty CAVHCS |
| Subject: | RE: Required Reading For TSO Install |

-----Original Message-----
| | |
|---|---|
| From: | Thomas, Larry Donell CAVHCS |
| Sent: | Friday, July 18, 2003 9:23 AM |
| To: | CAVHCS VISTA IMAGING/RAD COMMITTEE |
| Cc: | Beasley, Ty CAVHCS |
| Subject: | Required Reading For TSO Install |

Monday July 21, 2003 is the Installation day for Vista Imaging, the TSO will arrive Monday evening around 2:30PM.
For all Informatics personnel that will take part in the Installation it is ask that you review the following information prior
to there arrival.
V:\IRM\Vista Daily OPS Training or click on Attachment.
The TSO team will answer question based on the Daily OPS Training Information.
For Informatics personnel who would be concern with what to expect with Vista Daily Operation please go to.

\\vhacavrbc3\common\IRM\VistaDailyOPSTraining

_Non ITM personnel go to_ \\vhacavrbc3\common\VistaDailyOPSTraining

Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424



DEFENDANT'S
EXHIBIT

CASE
NO. 2:05-437-T

EXHIBIT
NO. 12

1

# EXHIBIT 13

Greer, William H. CAVHCS

| | |
|---|---|
| **om:** | Beasley, Ty CAVHCS |
| **Sent:** | Thursday, May 13, 2004 4:53 PM |
| **To:** | Greer, William H. CAVHCS |
| **Subject:** | FW: Scanners |

fyi

-----Original Message-----
| | |
|---|---|
| **From:** | Thomas, Larry Donell CAVHCS |
| **Sent:** | Friday, September 12, 2003 9:30 AM |
| **To:** | Greer, William H. CAVHCS |
| **Cc:** | Beasley, Ty CAVHCS |
| **Subject:** | FW: Scanners |

These Scanners need to be pulled, they should be taken to the Training Room (4A-132) and setup on training workstations.  Contact person for training room is Mr. Larry Thomas. Ext.-4424.

| ROOM   NUMBER | LOCATION | NUMBER | |
|---|---|---|---|
| 1. 1B-113 | OCCUPATIONAL THERPY | 1 | EE43592 |
| 2. 2A | NURSE STATION | 1 | EE43597 |
| 3. 2C-107 | SURGERY | 1 | EE43599 |
| 4. 3B | NURSE STATION | 1 | EE43589 |
| 5. 4A | NURSE STATION | 1 | EE43586 |
| | NURSE STATION | 1 | EE43588 |
| 6. GD | NURSE STATION -YELLOW TEAM | 1 | EE43584 |

-----Original Message-----
| | |
|---|---|
| **From:** | Greer, William H. CAVHCS |
| **Sent:** | Thursday, September 11, 2003 4:06 PM |
| **To:** | Thomas, Larry Donell CAVHCS |
| **Subject:** | RE: Scanners |

There are some holes in this message. What scanners (EE number). Who needs to pull them?  When do they need to be moved?
Maybe its fine and I just do not get it. Could you please give me a call on this....Thanks.

Sincerely,


*William H. Greer*
IT Operations Manager
Department of Veterans Affairs
Central Alabama Veterans Health Care System (CAVHCS)

**East Campus:** 2400 Hospital Road, Bldg 3A, Room 431, Tuskegee, AL 36083-5001
**West Campus:** 215 Perry Hill Road, T40, Montgomery, AL 36109

**Cell Phone:** 334.657.5492

DEFENDANT'S
EXHIBIT

CASE
NO. 2:05-437-T

EXHIBIT
NO. 13

**NEXTEL ID:** 186*112*20346 (outside) 20346 (inside)
**Page:** 334.261.5235
**Office Phone:** 334.725.2953

**E-mail:** William.Greer2@med.va.gov

-----Original Message-----
**From:**      Thomas, Larry Donell CAVHCS
**Sent:**      Thursday, September 11, 2003 3:31 PM
**To:**        Greer, William H. CAVHCS
**Cc:**        Beasley, Ty CAVHCS
**Subject:**   FW: Scanners

With Van Bommell Permission one his Supervisors and I Identified the scanners to be used for training.
This was the message I sent to Van Bommell and Staff. We are just trying to get a handle on scanning until your staff has been properly trained.
The scanners required will be used to give your personnel hands on training to assure a good understanding, with a written sign comfirmation of understanding of there ability to operate VistA Imaging scanners for there area.
To my understanding there should be no impact to the wards because some of the scanners are sitting in providers areas not being used. Below are the scanners to be pulled off the network and reinstalled in the training room 4A 132 on the west Campus.
Any questions please contact me directly concerning VistA Imaging Training and Implemehtation.

Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424

-----Original Message-----
**From:**      Iverson, Karen T. CAVHCS
**Sent:**      Thursday, September 11, 2003 12:33 PM
**To:**        Jones, Betty A CAVHCS
**Cc:**        Thomas, Larry Donell CAVHCS
**Subject:**   Scanners

These are the Scanners that should be pulled by hardware and the location of each Scanner. When the Scanners are pulled they should be taken to the Training Room. (4A-132). Contact person for training room is Mr. Larry Thomas. Ext.-4424.

| ROOM  NUMBER | LOCATION | NUMBER |
|---|---|---|
| 1. 1B-113 | OCCUPATIONAL THERPY | 1 |
| 2.2A | NURSE STATION | 1 |
| 3.2C-107 | SURGERY | 1 |
| 4.3B | NURSE STATION | 1 |
| 5.4A | NURSE STATION | 2 |
| 6.GD | NURSE STATION -YELLOW TEAM | 1 |

# EXHIBIT 14

**Greer, William H. CAVHCS**

| | |
|---|---|
| **From:** | Beasley, Ty CAVHCS |
| **Sent:** | Thursday, May 13, 2004 4:49 PM |
| **To:** | Greer, William H. CAVHCS |
| **Subject:** | FW: Weekly report |

fyi

-----Original Message-----
| | |
|---|---|
| **From:** | Thomas, Larry Donell CAVHCS |
| **Sent:** | Friday, September 26, 2003 4:16 PM |
| **To:** | Beasley, Ty CAVHCS |
| **Subject:** | FW: Weekly report |

Installation Information below.
Weekly report for management staff on VistA Imaging. Please allow for 2 hr Display training, this will allow providers to view radiology exams such as CT, MRI, EKG's all types of reports, directives etc while meeting with the patient. These devices are not for medical diagnoses but can help our providers in better time management and make better judgment with our patients based on collaboration with other clinical information being at their finger tip.
We are requesting for the LSU and ICU provider staff to begin Display Training within the next 6 business days. I will try to hold class base on the time provided by your area managers for those departments: ICU and LSU will have a super user nurse to facilitate with the contract doctors until they are trained. We have 7 seats open for training, please send me the names of providers to be trained and we ask that all providers be on time. Please provide a replacement for those providers not able to attend training with at least 24 hour prior to class because provider are given access keys once they sign-up and attend the training class and if they can't attend for some reason, there access must be removed.
I will continue to work with the AA's and AO's to facilitate training for CAVHCS providers, a schedule meeting is recommend with all services listed to make sure we work out times that are good for your providers. I will be calling on your offices for a meeting.

Return turn this document with providers ASAP.

Thank you.



Training
Schedule.xls (20 KB)

Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424



DEFENDANT'S
EXHIBIT

CASE
NO. 2:05-437-T

EXHIBIT
NO. 14

-----Original Message-----
| | |
|---|---|
| **From:** | Venne, Saundrah A. CAVHCS |
| **Sent:** | Friday, September 26, 2003 10:49 AM |
| **To:** | CAVHCS IT SUPERVISORS; Thomas, Larry Donell CAVHCS; Piper, William E. CAVHCS; Sumner, Judy G CAVHCS |
| **Subject:** | Weekly report |

Downloaded Patch MAG3_0p22T4 and installed

Downloaded Patch MAG3_0p22T5, informed not to install new patch will be out next week as T5 causes errors.

Found that the gateways were not set to automatically detect when VistA failed over, first called Tom to see if VistA could see the gateways were trying to talk to VistA, they were not. Called National and Jemmy assisted while I tried the fix found on page 35, chapter 3 of the Installation guide.

Performing continuous checks for images that need correcting, usually work with imaging personnel to identify the images if the patient has more than one study and I am unable to determine what the actual study was to be.

# EXHIBIT 15

## Greer, William H. CAVHCS

| | |
|---|---|
| **rom:** | Beasley, Ty CAVHCS |
| **sent:** | Thursday, May 13, 2004 4:46 PM |
| **To:** | Greer, William H. CAVHCS |
| **Subject:** | FW: Topcon Eye Camera on 3rd Floor |

fyi

-----Original Message-----

| | |
|---|---|
| **From:** | Greer, William H. CAVHCS |
| **Sent:** | Tuesday, September 30, 2003 9:04 AM |
| **To:** | Thomas, Larry Donell CAVHCS |
| **Cc:** | Beasley, Ty CAVHCS |
| **Subject:** | RE: Topcon Eye Camera on 3rd Floor |

Good Morning Larry,

I think that you forgot something in your message (below). Please make sure that you are using both the spell and grammar check prior to mail-out. I am certain that the message below is not really what you intended to send out, given its spelling and grammatical errors (and the use of multiple fonts). Please know that from time to time everyone makes keyboard and spelling errors or sends out an E-mail, that in retrospect, should have been proofed once more or revised.  Lets not dwell on this incident, but in the future please proofread your messages. The goal is not to make you a wordsmith but there is an expectation of clear, concise, professional communication delivered both orally and in writing.

Please know that while E-mail is a great tool, the intent of the author/sender can be lost and the 'content' contained in the message is often misinterpreted by the reader.  Please take the time to re-read any message that you might send out with an eye towards perception other than that of your intent.

On 21 August I sent a message to you, titled Vista Imaging & RAD. Part of the message stated that, "Any future activity or interaction with the technicians in the BIO MED section in support of VISTA RAD & IMAGING activities will be coordinated through Saundrah Venne".  Please make sure that you are in compliance with this request.

Sincerely,

*William H. Greer*
IT Operations Manager
Department of Veterans Affairs
Central Alabama Veterans Health Care System (CAVHCS)
**East Campus:** 2400 Hospital Road, Bldg 3A, Room 431, Tuskegee, AL 36083-5001
**West Campus:** 215 Perry Hill Road, T40, Montgomery, AL 36109
Cell 1.334.657.5492



**DEFENDANT'S EXHIBIT**

CASE NO. 2:05-437-T

EXHIBIT NO. 15

-----Original Message-----

| | |
|---|---|
| **From:** | Thomas, Larry Donell CAVHCS |
| **Sent:** | Monday, September 29, 2003 4:17 PM |
| **To:** | Sumner, Judy G CAVHCS; Piper, William  E. CAVHCS; Griffin, Leah C CAVHCS |
| **Cc:** | Bordlee, Stephen  CAVHCS; Beasley, Ty CAVHCS; Greer, William H. CAVHCS; Carlisle, Harald |
| **Subject:** | RE: Topcon Eye Camera on 3rd Floor |

If you don't know what you are saying please refrain from making statements about the problem. Truly all the other cameras should have had the same problem if what you say is true. The driver on this camera had prior problems to me setting up the network according to Dr. bordlee but he was able to get around it so he never made a work order. This is all in a days work when there are disagreements but we work as a team to bring about solutions not point fingers. I had full authorization from Topcon Service Manager *Eugene Y. Huang, Ph.D. (201) 261-9450 Ext. 268* and Brad Stephens which function as the Lead Imaging Manager for the VISN7 all giving there approval and ok to place Topcon Cameras on the network as a temporary solution. As it was stated in the last message, I will not touch any medical device without Bio Med presents to keep down confusion. Optometry still need assistance from Bio Med getting the Cameras on the network, please follow-up with Dr. Bordlee ASAP.

Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424

----Original Message----
**From:**   Sumner, Judy G CAVHCS
**Sent:**   Monday, September 29, 2003 10:17 AM
**To:**     Piper, William E. CAVHCS; Beasley, Ty CAVHCS
**Cc:**     Thomas, Larry Donell CAVHCS; Venne, Saundrah A. CAVHCS; Griffin, Leah C CAVHCS; Carlisle, Harald; Bannister, Johnny CAVHCS
**Subject:** Topcon Eye Camera on 3rd Floor

This is a follow up on the eye camera in optometry. As you may recall, this camera was made network capable a few weeks ago. Since then, (some may disagree) the software for the camera has not been booting up correctly. After working with tech support at Topcon, they sent me a few drivers to load, but it did not remedy the problem. After consulting Dr. Bannister, I decided to delete the network settings to see if the software would load correctly. After the TC/IP settings were deleted, the software booted up correctly. I know that there was some heated discussion over this matter and I feel the need to apologize to Mr. Piper for my ill attitude over this. This situation proves that when medical device computers (and software) are modified or "made capable" of something other than what the manufacture has supplied us with, there could be negative consequences. Communication between our departments is essential to prevent this from happening again.

Also, who has the information for the DICOM license and 2 copies of additional user software from Topcon so that the cameras can be loaded onto the network properly? Do we have a timeframe yet? Thanks for your time and have a good day,

*Judy Sumner*
*CAVHCS Biomed Department*
*334-272-4670 ext 4432*

# EXHIBIT 16

## Greer, William H. CAVHCS

| | |
|---|---|
| **om:** | Beasley, Ty CAVHCS |
| **Sent:** | Thursday, May 13, 2004 4:37 PM |
| **To:** | Greer, William H. CAVHCS |
| **Subject:** | FW: Note for Richard Holt |

FYI, example of messages that needed to be screened and revised prior to distribution.

-----Original Message-----
| | |
|---|---|
| **From:** | Beasley, Ty CAVHCS |
| **Sent:** | Wednesday, October 08, 2003 4:57 PM |
| **To:** | Beasley, Ty CAVHCS; Thomas, Larry Donell CAVHCS |
| **Subject:** | RE: Note for Richard Holt |

Larry, did you ever redraft this message and send on to Mr. Holt?

-----Original Message-----
| | |
|---|---|
| **From:** | Beasley, Ty CAVHCS |
| **Sent:** | Tuesday, October 07, 2003 2:26 PM |
| **To:** | Thomas, Larry Donell CAVHCS |
| **Subject:** | RE: Note for Richard Holt |

### Try this:

Mr. Holt,
Attached is the VistA Imaging training calendar for the month of October 2003 based on our meeting this morning. We ask for your assistance in scheduling and assigning appropriate nursing personnel in LSU and Primary Care to attend a class. Our goal in training and implementation is to not interfere with ongoing patient care while providing Patient Care Services ith the best possible service. Please review the list of already scheduled classes that we currently have vacancies in while keeping in mind I must share the training room with the CPRS and BCMA trainers. You may wish to request your own complete class of LSU or Primary Care nurses with up to seven people per class. Of course, we want to include East and West campuses in our planning. Please page me if you have any questions. **519-0151**

We enjoyed meeting with you and look forward to meeting LSU and Primary Care Nursing VistA Imaging needs at CAVHCS.

(add your signature and reattach the files)
-----Original Message-----
| | |
|---|---|
| **From:** | Thomas, Larry Donell CAVHCS |
| **Sent:** | Tuesday, October 07, 2003 12:30 PM |
| **To:** | Beasley, Ty CAVHCS |
| **Subject:** | Note for Richard Holt |

Mr. Holt this is the calender for the month of October based on our meeting this morning. You are in control of when your personnel attend class, our goal as your support group is not to interfere with patient care while providing our veterans with the best possible service. Here is a list of the current classes that we need more providers to attend. keeping in mind I must share the training room with the CPRS and BCMA trainers. You may wish to setup your own complete class with seven people. Please page me if you have any questions. **519-0151**

<< File: Master calender 1of 2.doc >>   << File: Master Calender.doc >>

Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424
<< File: Master Calender.doc >>  << File: Master calender 1of 2.doc >>



**DEFENDANT'S EXHIBIT**

CASE NO. 2:05-437-T

EXHIBIT NO. 16

# EXHIBIT 17

## Greer, William H. CAVHCS

| | |
|---|---|
| **From:** | Beasley, Ty CAVHCS |
| **Sent:** | Thursday, May 13, 2004 4:17 PM |
| **To:** | Greer, William H. CAVHCS |
| **Subject:** | FW: Weekly Report Vista Imaging Oct. 14-17, 2003 |

fyi

-----Original Message-----
| | |
|---|---|
| **From:** | Beasley, Ty CAVHCS |
| **Sent:** | Friday, October 17, 2003 12:32 PM |
| **To:** | Greer, William H. CAVHCS |
| **Subject:** | FW: Weekly Report Vista Imaging Oct. 14-17, 2003 |

VistA Imaging Implementation Weekly Update Oct.14 - 17, 2003

I had two Display classes this week and worked on the scanning capture presentation and classroom manual.

Also I started configuration setup in the classroom for scanning and import Photo Images.

I met with the nurse manager of West Campus LSU and have confirmed VistA Imaging Display classes for the LSU nursing staff for the week of October 27, 2003. I also asked them to provide me with a list of documents they currently scan so I can setup a workstation configuration sheet for that area and so both LSU's are the same.

I received a message from Debra Hill, AA for G, EC&R service, on proposed dates/times for training of their clinicians. Dr. Rozario identified the staff she wanted to receive training and asked her to coordinate the training with Clinical Informatics. We will move forward with scheduling their clinician staff for Display training.

Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424

-----Original Message-----
| | |
|---|---|
| **From:** | Thomas, Larry Donell CAVHCS |
| **Sent:** | Friday, October 17, 2003 12:10 PM |
| **To:** | Beasley, Ty CAVHCS |
| **Subject:** | Weekly Report Vista Imaging |

I had two Display classes this week and worked on the scanning and capture presentation and classroom manual. Also I started configuration setup in the classroom for scanning and import Photo Images. Meet with the nurse manager of West Campus LSU and have confirm Display classes for the LSU nursing staff for the week of October 27, 2003. I also ask them to provide me with a list of documents that they current scan so I can setup a workstation configuration sheet for that area and both LSU are the same.

Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424



**DEFENDANT'S EXHIBIT**

CASE NO. 2:05-437-T

EXHIBIT NO. 17

# EXHIBIT 18

Greer, William H. CAVHCS

| | |
|---|---|
| **`rom:** | Beasley, Ty CAVHCS |
| **Sent:** | Thursday, May 13, 2004 4:14 PM |
| **To:** | Greer, William H. CAVHCS |
| **Subject:** | FW: VI Implementation Manager Weekly Report Oct. 20 - 24, 2003 |

FYI

| | |
|---|---|
| ----Original Message---- | |
| **From:** | Beasley, Ty CAVHCS |
| **Sent:** | Friday, October 24, 2003 11:40 AM |
| **To:** | Greer, William H. CAVHCS |
| **Subject:** | FW: VI Implementation Manager Weekly Report Oct. 20 - 24, 2003 |

Revised report for your review.

Sincerely,
*Ty Beasley, R.Ph.*
Clinical Informatics Team, VA Central Alabama HCS
334-273-6241, digital pager 866-278-9434



**DEFENDANT'S EXHIBIT**

CASE NO. 2:05-437-T

EXHIBIT NO. 18

### VistA Imaging Implementation Manager Weekly Report
### Oct. 20 - 24, 2003

Monday, 10-20, started out with placing training information on the common drive ( V:\vistadailyopstraining ) so that training info would be available to management staff and spent time working on document scanning implementation.

Tuesday, 10-21, worked on capturing document setup and on VistA Imaging Capture training material. I was successful with importing patient images into the test account for a test patient. We hosted a team meeting with CIO and VISN-7 Imaging support team from Dublin to assist with network issues and training setup. Dr. Himanchu Singh critiqued my Display training material and presentation for improvements. Two LSU clinicians that were previously scheduled for Display training arrived, Dr. Singh and I provided training for both. Display training for the G,EC&R service starts on Oct. 27, 2003 with an estimated completion date of Nov. 7, 2003 (minus one clinician who will be on leave). Provisions will be made to schedule the clinician on leave.

Wednesday, 10-22, I talked with the Chief of Pathology, Dr. Singh, and gave her an overview of Vista Imaging as it pertains to Pathology. We now have a Nov. 17, 2003 installation date for Pathology and scheduled training for her clinicians the same day. Saundrah and I met with Dr. Harris the Chief of Dental service and we now have a tentative date of Dec. 1, 2003 to bring Dental service on line with Vista Imaging. We're waiting on patch 10 to be released in 3 weeks.

Thursday, 10-23, we attended VISN and national VistA Imaging conference calls in the morning. Thursday afternoon I attended training with Chief of Imaging service, Dr. Shroff, and began diagnostic workstation training to staff LSU clinicians.

Friday, 10-24, I spent time following up on clinicians who have attended class, setting up workstations of clinicians who attended last class, and continued training of LSU clinicians on Diagnostic workstation display.

| | |
|---|---|
| ----Original Message----- | |
| **From:** | Thomas, Larry Donell CAVHCS |
| **Sent:** | Friday, October 24, 2003 8:33 AM |
| **To:** | Beasley, Ty CAVHCS |
| **Subject:** | Weekly Report |

Monday started out with placing training information on the common drive ( V:\vistadailyopstraining ) so that training info would be availability to management staff and working on scanning implementation. Tuesday capturing document setup and working on training material, having successfully importing patient images into test account sick patient. Then a team meeting with CIO and VISN 7 Imaging support team from Dublin to assist with network issues and training setup. Schedule training for the G,EC&R starts on October 27 with and estimated completion date of Nov 7, 2003 minus one provider which will be on leave.

Wednesday I talk with the chief of Pathology Dr. Singh and gave her and over view Vista Imaging as it pertain to Pathology and we now have a November 17, 2003 installation date for Pathology and schedule training for her team the same day. Also Saundrah and I met with Dr. Harris the Chief of Dental services and we now have a tentative day of December 1, 03 to bring Dental on line with Vista Imaging; we're waiting on patch 10 to be released in 3 weeks.
Thursday Rad and Imaging Conference Calls all morning. Thursday afternoon training with Chief of Radiology Dr. Shroff and started to provide diagnostic workstation training to staff LSU doctors.
Friday, following up on providers who has attended class, setting up workstations of providers who attended last class, training of LSU doctors on Diagnostic workstation.


Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424

# EXHIBIT 19

**Greer, William H. CAVHCS**

| | |
|---|---|
| . rom: | Beasley, Ty CAVHCS |
| **Sent:** | Thursday, May 13, 2004 4:10 PM |
| **To:** | Greer, William H. CAVHCS |
| **Subject:** | FW: Weekly report for Nov 3 thru 7 |

FYI

-----Original Message-----

| | |
|---|---|
| **From:** | Thomas, Larry Donell CAVHCS |
| **Sent:** | Thursday, November 06, 2003 8:29 AM |
| **To:** | Greer, William H. CAVHCS |
| **Cc:** | Beasley, Ty CAVHCS |
| **Subject:** | Weekly report for Nov 3 thru 7 |

Monday: Catching-up on workstation set-up for providers who has attended class. Meeting with radiology manager to discuss system problems and doctors concerns.
Tuesday: Follow-up with services to implement training and continued with workstation set-up and configuration. Met with nurse Manager for Specialty Clinic and schedule this group for the 10th of November. Start time for this class is 7:00 am. I met with the nurse manager of Primary Care and facilitate Vista Display Training for Friday 14th 2003.
Wednesday: Training of new Doctor in the morning and met with Kate Mclean that after noon to facilitate doctors training schedule.
Thursday: Vista Imaging VISN7 Call and Vista Rad national Call. Training of providers in the afternoon.
Friday: East Campus workstation set-up and configuration in the morning and training that afternoon.


Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424

DEFENDANT'S
EXHIBIT

CASE NO. 2:05-437-T

EXHIBIT NO. 19

1

**Greer, William H. CAVHCS**

| | |
|---|---|
| . rom: | Beasley, Ty CAVHCS |
| Sent: | Thursday, May 13, 2004 4:10 PM |
| To: | Greer, William H. CAVHCS |
| Subject: | FW: CORRECTIONS NEEDED: Weekly report for Nov 3 thru 7 |

FYI

-----Original Message-----
| | |
|---|---|
| From: | Greer, William H. CAVHCS |
| Sent: | Thursday, November 06, 2003 11:11 AM |
| To: | Thomas, Larry Donell CAVHCS |
| Subject: | CORRECTIONS NEEDED: Weekly report for Nov 3 thru 7 |

Larry,

Couple of things.

1. This is a bit early. We are not even at 12 PM on Thursday.

2. The training you are have mentioned is not in the Vista calendar in the Exchange public folders. Please post and clearly explain all scheduled activities there. Also you indicate that training is scheduled for 14 February 2003. You are in the wrong year. 14 Feb 04 is a Saturday. 13 Feb 04 is a Friday. I am really confused.

3. Dr. Chava has asked to have information presented in this format: "... a summary of what is going on with major ssues, specifically, what has been completed, what is in progress with target date for completion, serious challenges and what is being done about it. It helps to have them in bullet format. I appreciate it if you can do that with your next update."

4. Dr. Chava's e-mail is at the bottom below your message. Please rework your message content as needed and format it as Dr. Chava has prescribed.

5. Your laptop has been found to have several software applications on it that were not part of the original image. The laptop will be re-imaged and returned to you. Prior to doing so, a CAVHCS Report of Contact will be signed-off on by you where you will acknowledge that installing any additional software on the laptop is not allowed.

Sincerely,

*William H. Greer*
Chief Information Officer
Department of Veterans Affairs
Central Alabama Veterans Health Care System (CAVHCS)
**East Campus:** 2400 Hospital Road, Bldg 3A, Room 431, Tuskegee, AL 36083-5001
**West Campus:** 215 Perry Hill Road, T40, Montgomery, AL 36109
Cell 1.334.657.5492
Office 1.334.725.2953
E-mail William.Greer2@med.va.gov


-----Original Message-----
| | |
|---|---|
| From: | Thomas, Larry Donell CAVHCS |
| Sent: | Thursday, November 06, 2003 8:29 AM |
| To: | Greer, William H. CAVHCS |

1

**Cc:**        Beasley, Ty CAVHCS
**Subject:**   Weekly report for Nov 3 thru 7

Monday: Catching-up on workstation set-up for providers who has  *[Greer, William H. CAVHCS]*  (**have**) attended class. Meeting with radiology manager to discuss system problems and doctors concerns.
Tuesday: Follow-up with services to implement training and continued with workstation set-up and configuration. Met with nurse Manager for Specialty Clinic and schedule this group for the 10th of November. Start time for this class is 7:00 am.
I met with the nurse manager of Primary Care and facilitate Vista Display Training for Friday 14th 2003.
Wednesday: Training of new Doctor *[Greer, William H. CAVHCS]*  (**doctor**) in the morning and met with Kate Mclean that after noon *[Greer, William H. CAVHCS]* (**afternoon**) to facilitate doctors training schedule.
Thursday: Vista Imaging VISN7 Call and Vista Rad national Call. Training of providers in the afternoon.
Friday: East Campus workstation set-up and configuration in the morning and training that afternoon.


Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424

*[Greer, William H. CAVHCS]*



-----Original Message-----
**From:**       Chava, N. Rao CAVHCS
**Sent:**       Sunday, October 26, 2003 12:00 PM
**To:**         Greer, William H. CAVHCS
**Cc:**         Welch, Roger CAVHCS
  **ubject:**   RE: VISTA RAD & Implementation Manager Weekly Report Oct. 20 - 24, 2003

Bill,
Thank you for forwarding this information. However, I do not believe I or other members of Pentad need such detailed day to day narrative from your staff. What I would be interested in is a summary of what is going on with major issues, specifically, what has been completed, what is in progress with target date for completion, serious challenges and what is being done about it. I helps to have them in bullet format. I appreciate it if you can do that with your next update.
    If Mr. Welch feels that he needs more detailed information please do so.