# EXHIBIT 20

## Greer, William H. CAVHCS

| | |
|---|---|
| **rom:** | Beasley, Ty CAVHCS |
| **Sent:** | Thursday, May 13, 2004 4:06 PM |
| **To:** | Greer, William H. CAVHCS |
| **Subject:** | FW: What happen to my mail ??????????????? |

FYI

-----Original Message-----
| | |
|---|---|
| **From:** | Thomas, Larry Donell CAVHCS |
| **Sent:** | Friday, November 14, 2003 3:44 PM |
| **To:** | Greer, William H. CAVHCS |
| **Cc:** | Beasley, Ty CAVHCS; McCloud, Loretta M. CAVHCS; Carlisle, Harald |
| **Subject:** | What happen to my mail ??????????????? |

I'm surprised to know that someone has cleaned out my mail box, this couldn't have been an accident because my inbox was wipe clean and new messages started today. I wish to have some privacy at least when it come to my mail. This is the second violation of my privacy. I guest you had a reason to clean my box.

Would you please explain the reason for see process?

Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424

DEFENDANT'S
EXHIBIT

CASE
NO. 2:05-437-T

EXHIBIT
NO. 20

1

## Greer, William H. CAVHCS

| | |
|---|---|
| From: | Beasley, Ty CAVHCS |
| Sent: | Thursday, May 13, 2004 4:05 PM |
| To: | Greer, William H. CAVHCS |
| Subject: | FW: KEEPER FW: What happen to my mail ??????????????? |

FYI, I'll forward the original.

-----Original Message-----

| | |
|---|---|
| From: | Greer, William H. CAVHCS |
| Sent: | Monday, November 17, 2003 8:43 AM |
| To: | Beasley, Ty CAVHCS; Carlisle, Harald |
| Subject: | KEEPER FW: What happen to my mail ??????????????? |

Formal communication that clearly depicts his lack of ability to effectively communicate in a written format. We need to keep this.

Sincerely,

*William H. Greer*
Chief Information Officer
Department of Veterans Affairs
Central Alabama Veterans Health Care System (CAVHCS)
**East Campus:** 2400 Hospital Road, Bldg 3A, Room 431, Tuskegee, AL 36083-5001
**West Campus:** 215 Perry Hill Road, T40, Montgomery, AL 36109
Cell 1.334.657.5492
Office 1.334.725.2953
E-mail William.Greer2@med.va.gov

-----Original Message-----

| | |
|---|---|
| From: | Thomas, Larry Donell CAVHCS |
| Sent: | Friday, November 14, 2003 3:44 PM |
| To: | Greer, William H. CAVHCS |
| Cc: | Beasley, Ty CAVHCS; McCloud, Loretta M. CAVHCS; Carlisle, Harald |
| Subject: | What happen to my mail ??????????????? |

I'm surprised to know that someone has cleaned out my mail box, this couldn't have been an accident because my **inbox** *[Greer, William H. CAVHCS]* Inbox was **wipe** *[Greer, William H. CAVHCS]* wiped clean and new messages started today. I wish to have some privacy at least when it **come** *[Greer, William H. CAVHCS]* comes to my mail. This is the second violation of my privacy. I **guest** *[Greer, William H. CAVHCS]* guess you had a reason to clean my box.

Would you please explain the reason for **see** *[Greer, William H. CAVHCS]* ??? these process?

Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424

# EXHIBIT 21

## Greer, William H. CAVHCS

**rom:**     Greer, William H. CAVHCS
**Sent:**    Tuesday, January 27, 2004 9:36 AM
**To:**      Thomas, Larry Donell CAVHCS-IT
**Subject:** RE: Weekly Report for the Jan 23, 2004

Thanks. When we get some time this week, lets go over this.

Sincerely,

William H. Greer
Chief Information Officer
Department of Veterans Affairs
Central Alabama Veterans Health Care System (CAVHCS)
East Campus: 2400 Hospital Road, Bldg 3A, Room 431, Tuskegee, AL 36083-5001 West Campus: 215 Perry
Hill Road, T40, Montgomery, AL 36109 Cell 1.334.657.5492 Office 1.334.725.2953
FAX: 1.334.260.4185
E-mail William.Greer2@med.va.gov



DEFENDANT'S
EXHIBIT

CASE
NO. 2:05-437-T

EXHIBIT
NO. 21

-----Original Message-----
From: Thomas, Larry Donell CAVHCS-IT
Sent: Tuesday, January 27, 2004 9:22 AM
To:   Greer, William H. CAVHCS
Subject: Weekly Report for the Jan 23, 2004
Importance: High

Mr. Greer once again I'm sorry to be late but I ended up with a very busy week short week.
Last week was a week of meetings with the HAS management staff.
Our HAS has agreed to go with Vista Imaging despite Tom Ash recommendation. VISN7 is pushing
very has for everyone to keep Vista.
Bill I recommend that we renew our DSS license for one year so that we can receive the API and the
Conversion software in June.

VRS meeting was held last week with Mr. Piper and he has Hired Judy and Bob from his department to
be the BIO MED IT people.
We have services that need to come online but Saundrah has made it her business not to attend the
meetings.
She don't even call in.

The Means test need to be sat up with the HEC, since DSS scanning program is always breaking down
that would get rid of the first floor Issues, Mr. Greer this is a simple process since our back ground process is
already install.
Our stress test is also ready to come online, that would save lost of man hours from scanning.
I will be working with Judy to bring the application process online for Dental, Saundrah stated she has
completed the network part for process.
Talk Technology had it's first conference call last Friday, and its being tested in Atlanta.
Dr. Harris the Chief of Dental stated he want the use Talk Technology this would greatly save them time
and do away with the transcription people. So at least seven software license will be needed.

Mr. Greer looking at Cameras I thing the services should provide there service with Cameras because the are not computers and they will be to hard to keep up with. I will make the some recommendations on the type f cameras to buy.

I have Provider Training in Dothan on Friday January 30, 2004, Jay Meininger will be training in Dothan also on Friday.

I expect to have a total of 5 hours CT for this trip. Our start time will be 5:00am.


Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424

# EXHIBIT 22

**Greer, William H. CAVHCS**

| | |
|---|---|
| **From:** | Thomas, Larry Donell CAVHCS-IT |
| **Sent:** | Friday, February 06, 2004 11:44 AM |
| **To:** | Greer, William H. CAVHCS |
| **Subject:** | Weekly Report 2/2-6/2004 |

Continuing training with the H.A.S staff. on scanning, once the HEC training is done they will be 100 % based on personnel provided by there service line. Sent test document to the HEC waiting for there respond, I was hoping to have it in this message but they have not answered yet.

Vista Imaging camera choose are being presented this week, I will have them for you today for Monday morning directors meeting if you like.

Setup of Vista Imaging scanners in Columbus went well and we have a temporary fix on the muse until Bio Med can handle it.

In order to better service CAVHCS I will setup in house training for the Vista Imaging and Bio Med personnel on the Muse Setup and operation and I would like to invite the Tuscaloosa support personnel down to training also since we share the Muse and they have not had any formal training. I will call to setup training. This is training that IT paid for on purchase of new Muse server equipment.

Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424

**DEFENDANT'S EXHIBIT**

CASE NO. 2:05-437-T

EXHIBIT NO. 22

1

# EXHIBIT 23

**Greer, William H. CAVHCS**

| | |
|---|---|
| **. rom:** | Thomas, Larry Donell CAVHCS-IT |
| **Sent:** | Friday, February 13, 2004 8:42 AM |
| **To:** | Greer, William H. CAVHCS |
| **Subject:** | Weekly report |

Monday morning I held the VRS meeting with the services and we are proud to say that the radiology department is running at 98% film less and the service is very pleased.

We discuss the Muse being down in Tuskegee and it was out of service about a week, Bio Med called in and emergency P.O. to fix the problem and Columbus was also down but they had never been add to the Muse user group on the server but Saundrah stated she would add the users as I supplied her with the names and I have not verified the Columbus Muse because they have been very short on staff and even today they only have 3 LPN nurses at work. As soon as I get a report on the status I will forward the information.

Bio Med will make every effort to bring Dental online by Friday which is today, I will follow-up with Judy to find out the Status.

There is no retinal camera in Dothan and they may not get one until 2005 when the clinic will be moved to Fort Rucker.

Training continues for the HIM's group, I thing they have four people I need to train and the HIM"S group will be 100% scanning and capturing into Vista Imaging.

Moving forward with the patient photo being placed into Vista Imaging Display, I have Identified the cameras that will work best with or program and I will be forwarding them to the service Chiefs.

Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424

**DEFENDANT'S EXHIBIT**

CASE NO. 2:05-437-T

EXHIBIT NO. 23

# EXHIBIT 24

**Greer, William H. CAVHCS**

| | |
|---|---|
| **rom:** | Thomas, Larry Donell CAVHCS-IT |
| **Sent:** | Friday, February 20, 2004 9:06 AM |
| **To:** | Greer, William H. CAVHCS |
| **Subject:** | Weekly Report Feb 16-20 |

Continuing with Vista Imaging with Vista Imaging Training.

Mr. Greer please make the HIM's Council aware that we will be adding scanning titles as requested by providers as needed, the ones before them should account for 95% of the titles. The titles being used is matching what the VISN gave us and scanning title used by CAVHCS.

The Holter equipment was discuss with GE on Tuesday and now we are waiting on estimated, this unit will interface with the Muse server.

I'm working with Judy today to get the optometry TOPCOM cameras online, we will most likely bring Brad on to assist with the problem she is having.

Working with Dr. Shroff to assist his Staff with the home workstation issues.


Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424

**DEFENDANT'S EXHIBIT**

CASE NO. 2:05-437-T

EXHIBIT NO. 24

1

# EXHIBIT 25

## Greer, William H. CAVHCS

| | |
|---|---|
| ɔm: | Beasley, Ty CAVHCS |
| **Sent:** | Thursday, May 13, 2004 5:18 PM |
| **To:** | Greer, William H. CAVHCS |
| **Subject:** | FW: Cardiopulmonary clinic requesting C-PAP document title in DSS |

DEFENDANT'S
EXHIBIT

CASE NO. 1:05-437-T

EXHIBIT NO. 25

fyi

-----Original Message-----

| | |
|---|---|
| **From:** | Ash, Thomas E. CAVHCS |
| **Sent:** | Thursday, February 26, 2004 12:42 PM |
| **To:** | Thomas, Larry Donell CAVHCS-IT; Beasley, Ty CAVHCS; Holden, Shai M. CAVHCS; Van Bommel, Robert J CAVHCS; Meininger, Jay S CAVHCS; Lesure, Robin W. CAVHCS; Venne, Saundrah A. CAVHCS |
| **Cc:** | Greer, William H. CAVHCS; Mohamed, Antonia S. CAVHCS |
| **Subject:** | RE: Cardiopulmonary clinic requesting C-PAP document title in DSS |

Larry, Don't lie about system availability. The DSS system has a 99% uptime. The only down time encountered was due to running out of space and the need to expand the system capacity. This has been done. It had nothing to do with DSS and was only for a brief period. When you make statements like this how can anyone believe anything you say. You've consistently distorted the facts to further your agenda.

The only issue for the provider is for us to implement the DSS API. At that point it becomes totally seemless to the provider as they would use VISTA Imaging to retrieve all documents. Larry you know that but once again you are distorting the facts for your own purposes. Once the API is in place all images will be stored in VISTA Imaging. We really need to get that API in place. Among other things there are about 10,000 documents currently stored in DSS that need to be ported to VISTA Imaging.

I don't know which meeting you attended but the one I attended where you were present it was stated DSS was the referred method to scan documents and that VISTA Imaging would be used to retrieve documents. Was there another meeting where this was changed?

At the time of the meeting I was at, there were not streamlined solutions to scanning documents through VISTA Imaging and the process for the Admin. Clinic was even more time intensive because the sending of documents to the HEC was not automated. Has this changed?

One of the most negative things I've heard about VISTA Imaging is the poor quality of training. Perhaps this is due to the exclusion of ITM trainers in the program implementation.

VISTA Imaging has also suffered it's share of downtime. As much as we would love to have 100% uptime on systems it is an unescapeable fact there will be down time now and then.

-----Original Message-----

| | |
|---|---|
| **From:** | Thomas, Larry Donell CAVHCS-IT |
| **Sent:** | Wednesday, February 25, 2004 8:42 AM |
| **To:** | Ash, Thomas E. CAVHCS; Beasley, Ty CAVHCS; Holden, Shai M. CAVHCS; Van Bommel, Robert J CAVHCS; Meininger, Jay S CAVHCS; Lesure, Robin W. CAVHCS; Venne, Saundrah A. CAVHCS |
| **Cc:** | Greer, William H. CAVHCS; Mohamed, Antonia S. CAVHCS |
| **Subject:** | RE: Cardiopulmonary clinic requesting C-PAP document title in DSS |

In regard to Vista Imaging data processing these issues should be address with me Larry Thomas not Saundrah Venne, Saundrah has done system support and application and processing has been done by me. The statement about Vista Imaging not being able to process batch documents is incorrect. At this time Vista Imaging is doing the job and all the back log is do to DSS being down 70% of the time and no scan policy being in effect. I think the scanning issue has be met head on with Vista Imaging and the only thing needed is for H.A.S to put out an official document that state's DSS is only to be use for research of historical documents. I can show you a report what Vista Imaging has done up to date if necessary. The Vista Imaging process is much faster for the provider went working with patients. As a matter of fact in the last meeting with H.A.S it was stated that Vista Imaging was the process to be use at CAVHCS and DSS would no longer be use for document processing. If there is any question regarding the performance of Vista Imaging data processing please address Larry Thomas with your concerns.

Thank you.

# Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424

-----Original Message-----
**From:** Ash, Thomas E. CAVHCS
**Sent:** Friday, February 20, 2004 10:25 AM
**To:** Beasley, Ty CAVHCS; Holden, Shai M. CAVHCS; Van Bommel, Robert J CAVHCS; Meininger, Jay S CAVHCS; Thomas, Larry Donell CAVHCS-IT; Lesure, Robin W. CAVHCS; Venne, Saundrah A. CAVHCS
**Cc:** Greer, William H. CAVHCS; Mohamed, Antonia S. CAVHCS
**Subject:** RE: Cardiopulmonary clinic requesting C-PAP document title in DSS

Please include Saundrah Venne on correspondence dealing with Vista Imaging as she is the Vista Imaging Manager for CAVHCS.

The master plan is to use Vista Imaging to store all scanned documents. For scanned documents the VISN is leaving it up to each site to use whichever front end they prefer, however the VISN will not fund any front end other than VISTA Imaging.

Having said that our local plan, which was approved and budgeted for by local management and VISN management, was to use DSS for 5 years or until such time VISTA Imaging could efficiently handle batch processing of documents. At the time DSS was implemented we were waiting our turn to implement VISTA Imaging. It was planned to store scanned documents on a local server until such time VISTA Imaging came online. We also had to wait for VISTA Imaging national management to release the DSS API to store DSS documents in VISTA Imaging. The API has been approved but we are delinquent on our maintenance and therefore it hasn't been implemented.

It is my understanding that VISTA Imaging can not handle batch processing to date and that the DSS process is approximately 600% more efficient than VISTA Imaging.

Factors that were considered:
- Fileroom staff had been unable to keep up with the processing of paper. This resulted in a huge backlog of paper filing.
- Central Office ordered sites to continue maintaining a paper record and that documents could not be destroyed regardless if they were scanned or not.
- The comparison between DSS and VISTA Imaging of the actual time it took to scan and index a document and attach to CPRS
- The increased FTEE it would require to centralize scanning
- Auditing capabilities of DSS compared to VISTA Imaging (At the time VISTA Imaging didn't have any.)

Common sense asks if fileroom staff couldn't keep up with paper filing how is it now possible to keep up with paper filing and, add to the workload, scanning and indexing of documents without adding additional staff. Our answer to this problem was to distribute processing away from the fileroom so the fileroom could focus on the paper document filing. By distributing the workload it was felt that staff throughout CAVHCS could absorb small portions of workload increase without adding any additional FTEE.

My question is; has the plan changed? What is it now? How many new FTEE will it require?

-----Original Message-----
**From:** Beasley, Ty CAVHCS
**Sent:** Thursday, February 19, 2004 5:03 PM
**To:** Holden, Shai M. CAVHCS; Van Bommel, Robert J CAVHCS; Ash, Thomas E. CAVHCS; Meininger, Jay S CAVHCS; Thomas, Larry Donell CAVHCS-IT; Lesure, Robin W. CAVHCS
**Cc:** Greer, William H. CAVHCS; Mohamed, Antonia S. CAVHCS
**Subject:** RE: Cardiopulmonary clinic requesting C-PAP document title in DSS

It is my understanding CAVHCS has a Vista Imaging solution for Means Test scanned documents to the HEC.

-----Original Message-----
**From:** Holden, Shai M. CAVHCS
**Sent:** Thursday, January 15, 2004 1:36 PM

2

**To:** Van Bommel, Robert J CAVHCS; Ash, Thomas E. CAVHCS; Meininger, Jay S CAVHCS; Beasley, Ty CAVHCS; Thomas, Larry Donell
CAVHCS-IT; Lesure, Robin W. CAVHCS
**Cc:** Greer, William H. CAVHCS; Mohamed, Antonia S. CAVHCS
**Subject:**        RE: Cardiopulmonary clinic requesting C-PAP document title in DSS

I think we ought to see what happens at ATL since they're running both systems.  Also, and please correct me
if I'm wrong, DocManager will still need to be in place for the Admin part (HEC).  So scrapping it totally would
be out of the question.

        -----Original Message-----
**From:**        Van Bommel, Robert J CAVHCS
**Sent:**        Wednesday, January 14, 2004 4:41 PM
**To:**        Ash, Thomas E. CAVHCS; Meininger, Jay S CAVHCS; Beasley, Ty CAVHCS; Thomas, Larry Donell CAVHCS-IT;
        Holden, Shai M. CAVHCS; Lesure, Robin W. CAVHCS
**Cc:**        Greer, William H. CAVHCS; Mohamed, Antonia S. CAVHCS
**Subject:**        RE: Cardiopulmonary clinic requesting C-PAP document title in DSS

It seems there are strong opinions to remain with DSS and to move to VISTA imaging. Is there a
'master plan' that gives us a vision for the future, that may indicate which system we will be using
a year from now?

        -----Original Message-----
**From:**        Ash, Thomas E. CAVHCS
**Sent:**        Wednesday, January 14, 2004 3:09 PM
**To:**        Meininger, Jay S CAVHCS; Beasley, Ty CAVHCS; Thomas, Larry Donell CAVHCS-IT; Holden, Shai M.
        CAVHCS; Lesure, Robin W. CAVHCS
**Cc:**        Greer, William H. CAVHCS; Mohamed, Antonia S. CAVHCS; Van Bommel, Robert J CAVHCS
**Subject:**        RE: Cardiopulmonary clinic requesting C-PAP document title in DSS

I vote we stay exclusively with DocManager until we are directed to switch to VISTA IMAGING since
we are already on that path.  Furthermore I do not think it wise to be doing parallel environments
which will only lead to chaos and confusion.  And lastly if we do come off DocStore it should be a
CAVHCS wide planned event where we cut over from one system to the other and shut down
DocStore.  And last but not least Mr. VanBommel should be consulted since MAS is the USER of this
function.

cc: Robert Van Bommel

        -----Original Message-----
**From:**        Meininger, Jay S CAVHCS
**Sent:**        Wednesday, January 14, 2004 2:42 PM
**To:**        Beasley, Ty CAVHCS; Thomas, Larry Donell CAVHCS-IT; Ash, Thomas E. CAVHCS; Holden, Shai M.
        CAVHCS; Lesure, Robin W. CAVHCS
**Subject:**        RE: Cardiopulmonary clinic requesting C-PAP document title in DSS

I vote we stay on the path of VistA Imaging and if, down the road, the VISN wants Doc Manager,
we switch at that point.

-----Original Message-----
**From: Beasley, Ty CAVHCS**
**Sent: Wednesday, January 14, 2004 2:21 PM**
**To: Meininger, Jay S CAVHCS; Thomas, Larry Donell CAVHCS-IT; Ash, Thomas E. CAVHCS;**
Holden, Shai M. CAVHCS; Lesure, Robin W. CAVHCS
**Subject: Cardiopulmonary clinic requesting C-PAP document title in DSS**

Carol (x4813) called from the cardiopulmonary clinic today asking for us to create a document title
"C-PAP" in DSS for them to scan documents into the system.  I referred Carol back to Tom but
she said he originally referred her to me.  We really need some understanding of who is managing
the system and who should be adding document titles to the system.  I did not mention VistA
Imaging to Carol but that may also be an option to consider since it is set up and functioning.  Jay,
if we go that route you may need to add a title to the Imaging document class for C-PAP.  Larry,
you would also have to contact them on the set-up and training.  As far as I can tell Clinical
Informatics was not involved in the DSS initiative nor in providing post implementation support.
That is the reason I need to include others involved in the DSS initiative on this message.

I also acknowledge we have an issue with the VISN as to whether they want us to use DSS as the capture mechanism or VistA Imaging. I am sure there will be some time lapse until that decision is made. For now, let's decide which system this will go in and who will be responsible.

I am sure it does not matter to cardiopulmonary what system we use as long as they know how to scan the documents into it. Do we do the DSS solution or VistA Imaging? Ideas?

Sincerely,
*Ty Beasley, R.Ph.*
Clinical Informatics Team, VA Central Alabama HCS
334-273-6241, digital pager 866-278-9434

# EXHIBIT 26

**Greer, William H. CAVHCS**

| | |
|---|---|
| 'rom: | Thomas, Larry Donell CAVHCS-IT |
| ᵊent: | Monday, March 15, 2004 7:02 AM |
| To: | Greer, William H. CAVHCS |
| Subject: | FW: TopCon Follow-up |

-----Original Message-----
From: Jay Thomas [mailto:huskteam38@charter.net]
Sent: Monday, March 15, 2004 7:26 AM
To: Larry.Thomas6@med.va.gov
Subject: FW: TopCon Follow-up

-----Original Message-----
From: Jay Thomas [mailto:huskteam38@charter.net]
Sent: Monday, March 15, 2004 5:16 AM
To: Larry.Thomas6@med.va.govv
Subject: TopCon Follow-up

Mr. Greer as you can see the communication link between Saundrah and I has slowed down production as a team. Saundrah refuse to communicate with me unless someone such as Ty or yourself is present, and this has slowed down production. Because every time I try a talk to her she snaps or address me with attuide and walk away.

The process which needed to be completed was a system and Bio Med function, I know Saundrah told us this patch was done in December and Judy told you that their part was complete the information given was incorrect. As I stated to Mr. Piper his people need to attend meetings so they might know what's going on and we all work as a team. The process that was incomplete was a system function which was part of the patch 10 setup and that belong to Saundrah and Judy needed to set the IP address to the production account on the camera. By the way I don't even have the programmer Keys assigned to me to perform the task.

It has been identified that Vista Imaging programming for this patch doesn't work in test. All setup for this patch should be done in production.

Mr. Greer I have A trip to Columbus to conduct provider training and I shall return by the close of business today.

Larry Thomas
Vista Imaging Implementation Manager
Montgomery, Alabama 36109
334-273-6248 or 334-799-6708

DEFENDANT'S
EXHIBIT

CASE
NO. 2:05-437-7

EXHIBIT
NO. 26

1

# EXHIBIT 27

**Greer, William H. CAVHCS**

| | |
|---|---|
| **rom:** | Thomas, Larry Donell CAVHCS-IT |
| **Sent:** | Monday, March 08, 2004 9:22 AM |
| **To:** | Greer, William H. CAVHCS |
| **Subject:** | Weekly Report 3/1 thru 3/5 |

Mr. Greer after pulling up the  Vista Imaging Imaging Training roster I found the a lot of services on the East has not sent the appropriate personnel to training, I meet with Mr. Holt and we got the Primary Care Nurse's taken care of on Friday. I will be spending the remaining of the month on the east campus clearing up staff that has been over look or not notified by there service.

A meeting was held with the specialties clinic last week and they identified that the DX workstations found in ICU would serve a greater good by been relocated to the specialty clinic on 3rd floor. I will find out the location this week.

I meet with the Northcut Chief of the Eye Clinic and found what clinic's need to be setup to bring the TopCon Cameras online. I will require the software group to set this service up.

Mr. Greer I would like to move our VRS meeting back to your office to ensure better participation from the services if that is ok with you.


Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424

**DEFENDANT'S EXHIBIT**

CASE NO. 2:05-437-T

EXHIBIT NO. 27

# EXHIBIT 28

**Greer, William H. CAVHCS**

| | |
|---|---|
| rom: | Thomas, Larry Donell CAVHCS-IT |
| Sent: | Monday, March 01, 2004 8:38 AM |
| To: | Greer, William H. CAVHCS |

I'm sorry for being late Mr. Greer but it's been a business week.

This pass week continue with training of C&P west staff and the surgical staff working with ICU staff when possible.

Progress with Vista Imaging scanning is moving forward and the process is being documented for the scanning policy.

The Top Com Camera's are still offline as we speak and nothing has been said from Bio Med about where they are.

VRS meeting was held this week with Radiology in attendance, Bio Med has not been present in two weeks, and Saundrah has only attended one meeting in person and call on one since we started meeting. The lack of communication is slowing down the Vista Imaging process because I never know what's going on with system.

Our visit to Dr Shroff house was successfully he is now able to log on and view Images from home.

Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424


Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424



DEFENDANT'S
EXHIBIT

CASE
NO. 2:05-437-T

EXHIBIT
NO. 28

# EXHIBIT 29

# Greer, William H. CAVHCS

| | |
|---|---|
| From: | Thomas, Larry Donell CAVHCS-IT |
| Sent: | Friday, March 12, 2004 4:12 PM |
| To: | Piper, William E. CAVHCS |
| Cc: | Greer, William H. CAVHCS; Griffin, Leah C CAVHCS |
| Subject: | RE: VRS Meetings |

Mr. Piper it really doesn't matter who setup the temporary fix for the TopCon cameras; IT perform this service to assist the backlog that the eye clinic was          having due to the request of the service but you now have people on your staff that are performing the IT functions and they should be able to take this          process over. I would be glad to assist your staff to bring them up to speed if necessary. If all goes well there want be any need to burn CD's after we finish setting up consults for clinic's. Mr. piper you know that TopCon was address about the burning of CD's and we had their approval.

Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424

> -----Original Message-----
> From:      Piper, William E. CAVHCS
> Sent: Friday, March 12, 2004 3:08 PM
> To:  Thomas, Larry Donell CAVHCS-IT
> Cc:  Greer, William H. CAVHCS; Piper, William E. CAVHCS
> Subject:      RE: VRS Meetings
>
>
>
>      For your first problem:
>
>          TopCon Cameras west campus need to have the IP Address changed to
> the test account so the worklist can be tested.
>
>          Saundrah is still working with Jay & Brad on this problem, it is an
> worklist problem which is an IT issue. Biomedical tech is waiting
> until the worklist problem is solve then we will proceed.
>          My question is: why didn't you follow up with your own service
> first?
>
>          For your second problem:
>
>          TopCon Cameras in Columbus, has problem, user can't burn CD of Eye
> images any more. I will forward you the email from Dr. Robinson.
>
>          The CD burn option was installed by IT and is not supported by
> Biomedical. This option should not have been added unless you have
> written consent from medical equipment manufacturer "Topcon" and any
> other medical manufacturer's equipment connected to the Topcon.

DEFENDANT'S EXHIBIT
CASE NO. 2:05-437-7
EXHIBIT NO. 29

1

> 
> William Piper
> CAVHCS Biomedical Section Manager
> 334-272-4670 ext. 4870 (WC)
> Pager 777
> 
>     -----Original Message-----
> From:  Piper, William E. CAVHCS
> Sent:  Friday, March 12, 2004 2:25 PM
> To:   Thomas, Larry Donell CAVHCS-IT
> Cc:   Piper, William E. CAVHCS; Greer, William H. CAVHCS
> Subject:    RE: VRS Meetings
> 
>     Per our conversation, Send our equipment concerns to myself and I
> will assign them. When completed you will be advised. The user should
> enter electronic work orders when the equipment gives them trouble so
> the equipment history reflect the all the troubles as stated in the
> Equipment Management Program and the Medical Center Equipment Management Policy.
>    William Piper
>    CAVHCS Biomedical Section Manager
>    334-272-4670 ext. 4870 (WC)
>    Pager 777
> 
> 
>     -----Original Message-----
> From:  Thomas, Larry Donell CAVHCS-IT
> Sent:  Thursday, March 11, 2004 4:39 PM
> To:   Piper, William E. CAVHCS
> Subject:    RE: VRS Meetings
> 
>     Mr. Piper our meeting have run on the schedule time every Monday and
> Thursday with no rep form Bio Med, Ken Langford has been attending and
> John Marshall and I have been meeting twice a week even if it's not
> the time required, I've ask that your people meet with me on the days
> requested even if it's earlier.
>     I was down stairs in Mr. Greer office today and your people didn't
> show-up, this is only about the fourth week your personnel has not
> shown or called.
>     There are issues pending for service so if you could please have
> Judy and Bob Contact me ASAP.
> 
>     TopCon Cameras west campus need to have the IP Address changed to
> the test account so the worklist can be tested.
>     TopCon Cameras in Columbus, has problem, user can't burn CD of Eye
> images any more. I will forward you the email from Dr. Robinson.
>     Mr. Piper, once a week meeting know problem, this is why the TopCon
> cameras are not working because I have not communicated with the team
> do to a lack of participation.
>     Please have your team meet with us in Mr. Greer office; Monday
> morning at 0830.
>

>      Thank you
>
> Larry Thomas
> VistA Imaging Implementation Manager, CAVHCS
> 334-273-6248 or Ext.4424
>
>      -----Original Message-----
> From: Piper, William E. CAVHCS
> Sent:  Thursday, March 11, 2004 10:35 AM
> To:    Greer, William H. CAVHCS; Venne, Saundrah A.
> CAVHCS; Piper, William E. CAVHCS; Thomas, Larry Donell CAVHCS-IT;
> Wilkes, Joey; Sumner, Judy G CAVHCS
> Cc:    Piper, William E. CAVHCS
> Subject:       RE: VRS Meetings
>
>      Mr. Greer,
>      Biomedical has sent a representative but no one has
> been at the meetings on the days we have attended. Our work load is
> very heavy and we are short at least two techs which has not helped.
> Therefore, I am requesting these VRS meetings be once a month.
>      William Piper
> CAVHCS Biomedical Section Manager
> 334-272-4670 ext. 4870 (WC)
> Pager 777
>
>
>      -----Original Message-----
> From:  Greer, William H. CAVHCS
> [mailto:William.Greer2@med.va.gov]
> Sent:  Wednesday, March 10, 2004 4:06 PM
> To:    Venne, Saundrah A. CAVHCS; Piper, William
> E. CAVHCS; Thomas, Larry Donell CAVHCS-IT; Wilkes, Joey
> Subject:       VRS Meetings
>
> Good Afternoon,
>
>      VISTA RAD START-UP (VRS) participants will meet in
> the T40 conference room (CIO) office.
>
> Please plan to attend this meeting.
>
>      Bio Med has not has a rep at this meeting in two
> weeks and this is of concern as we are all somewhat in the same boat
> on this issue.
>
>
>      Sincerely,
>
>
>      William H. Greer
>      Chief Information Officer

> Department of Veterans Affairs
> Central Alabama Veterans Health Care System (CAVHCS)
> East Campus: 2400 Hospital Road, Bldg 3A, Room 431, Tuskegee, AL
> 36083-5001
> West Campus: 215 Perry Hill Road, T40, Montgomery,
> AL 36109
>
> Cell Phone: 334.657.5492
> NEXTEL ID: 186*112*20346  (outside) 20346 (inside)
> Page: 334.261.5235
> Office Phone: 334.725.2953
> E-mail: William.Greer2@med.va.gov
>
>

4

# EXHIBIT 30

**Greer, William H. CAVHCS**

| | |
|---|---|
| **om:** | Thomas, Larry Donell CAVHCS-IT |
| **Sent:** | Friday, April 16, 2004 1:29 PM |
| **To:** | Greer, William H. CAVHCS |
| **Cc:** | Beasley, Ty CAVHCS |
| **Subject:** | Weekly Report (Together) |
| | |
| **Importance:** | High |



DEFENDANT'S
EXHIBIT

CASE NO. *2:05-437-T*

EXHIBIT NO. *30*

VistA Imaging System Manager:
DX workstations Patch32.
Loaded XP on DX workstations in Surgery, ICU and Dr. Choi's office.
The doctors have given their input except Dr. Choi, who is out of the country for 30days.
I will fax their findings as well as Mr. Wacker and my own findings to Ms. Trombetta on Friday.

The DISC jukebox is scheduled to be replaced by a Plasmon Jukebox.
The crew is here from Kodak and we are the first site for the 30gb UDO upgrade. So far it is going very well.
HP is here also and we have started the prep work for a 5:00pm shutdown of VI.

PlanMecca and TopCon issues:
Columbus and Montgomery Diabetic clinic are connected to the network.
Tested the setup and were able to connect, send images and populate the worklist.
The Doctors have expressed a desire to be able to apply the filers that are part of the Imagenet2000 software. We held a meeting and now we will try to get the images into a shared folder on the network. PlanMecca is on the network and VI is listening. We have not set up the clinics for them yet.

Attempted to get the DeJarnette to see the printer in Tuskegee, unable to ping the printer from west campus.
We are able to ping the printers on everything except the DeJarnette. DeJarnette is able to ping all subnets except 10.62.165 subnet. Will need to get back with them to find out.

There is a push to complete the upgrades from NT to 2000 or XP on the gateways.
Moved the background processor to IMM2 and setup as W2K server. We will have another conference call next week with Brad leading the way on the conversion.

Worked with Mr. Wacker on getting him up to speed on VI. Progressing very well. Sent links, old emails, added to listserver, gave permissions etc. Also showed him how troubleshoot the gateways, what to look for on the routing gateway, on the cluster, and the background processor. I did not show him out to load the disks into the Jukebox as that is being removed and the new on installed today. We will work on that next week.

National came out with some online, free Dicom classes. Mr. Wacker and I have enrolled.

Sent off the stats for last month to be compiled with the rest of the Visn.

Still working on the CIP. They are asking for a whole lot more information and I need to get with HIMS to complete some of report.

Vista Imaging Implementation Manager:

Preparing for training with clinical staff in the area of photo import into vista Imaging.

Met with services to start the process of equipment purchase for cameras. Making services aware that this is not ADP equipment and that each service is                              responsible for the security of their equipment.

A request to the radiology manager has been made to order the 2 head DX workstation for the operating room.

Topcon camera in Columbus working fine and users can now burning images taken, and save them to the array. The problem was identified as users archive        being full because users were not waiting for information to be stored to the array before closing the application. The nurses in Columbus are now capable of burning images to CD properly.

Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424