# EXHIBIT 31

Greer, William H. CAVHCS
_____

| | |
|---|---|
| om: | Thomas, Larry Donell CAVHCS-IT |
| Sent: | Monday, May 10, 2004 10:05 AM |
| To: | Greer, William H. CAVHCS; Piper, William E. CAVHCS; Holt, Richard M. CAVHCS |
| Cc: | Venne, Saundrah A. CAVHCS; Wacker, Charles C. CAVHCS |
| Subject: | Weekly Report 5/3 -5/7 |

Mr Greer: Sorry I'm late with the report, but Friday was a busy Day.

Monday and Tuesday was spent in Columbus providing Topcon training in storing Images into Vista Imaging. Users in Columbus has been trained and their nurse manager have sign off on the user competency check list for the Topcon camera.

Mrs. Cowin the Operator for Tuskegee Topcon Camera have been trained, and know other nurses at this time have been provided. I have requested that Mr. Holt provided me a list of staff members to be trained.

The following task must be performed by Bio Med.
Topcon medical device must be update to Windows 2000 and Images must be transferred to network folders provided by IRM.

The camera in the Montgomery Eye Clinic must be updated to windows 2000
Two cameras in the Tuskegee Eye Clinic must be updated to Windows 2000

Mr. Greer at this time IRM services to the Topcon camera is complete.


Larry Thomas
/istA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424



DEFENDANT'S EXHIBIT
CASE NO.
EXHIBIT NO. 31

1