# EXHIBIT 32

Department of Veterans Affairs

# Memorandum

Date: May 14, 2004

From: Chief, Human Resources Management (05)

Subj: Termination During Probationary/Trial Period

To: Larry D. Thomas (19)

1. At the time of your Career-Conditional Appointment, May 18, 2003, as a Computer Specialist, GS-2210-12, you were informed that your first year of employment would be subject to a probationary/trial period. During this time, supervisors are required to study their employees' potential closely to determine whether they are qualified for satisfactory government service. When it becomes apparent that an employees' conduct, general character traits or capacity do not meet the requirements for satisfactory service, the supervisor is required to initiate action to separate the employee.

2. The Manager, Informatics, has recommended that you be terminated from your position for failure to qualify during your probationary/trial period. Your discharge is due to your unsuitability as demonstrated by your apparent lack of the necessary balance of skills to successfully perform effectively within this position. Your performance with regard to system security, program administration, technical functions, customer service, and team approach was substandard. Your interpersonal effectiveness with regard to communication, competency as a trainer, and functional ability to participate as a member on a diverse team environment was deficient which strained professional relationships across the continuum of service lines.

3. The effective date of your discharge will be Friday, May 14, 2004 at 3:30 p.m. You must properly clear the facility, turn in any government property and clear any indebtedness, prior to the release of your final paycheck.

4. If you feel this action is based on discrimination because of race, color, religion, sex, national origin, age or disabling condition, you may appeal this action by contacting the Office of Resolution Management (ORM) at 1-888-737-3361 within 45 calendar days of the date you receive this letter.

5. If you believe this termination is based on discrimination because of marital status or partisan political reasons, you may appeal this action to the Merit Systems Protection Board. Your appeal must be submitted in writing by certified mail or in person at any time after you receive this letter, but not later than 30 calendar days after the discharge has been effected. Copies of the Rules and Regulations of the Merit Systems Protection Board and Optional Form 283 are enclosed.

6. If you allege your termination is based on discrimination that includes reasons in both paragraphs 4 and 5 above, you may appeal to the Merit Systems Protection Board within 30 days, using the same procedure as set forth in paragraph 5.

VA FORM
MAR 1989   2105

2

7. If you have any questions concerning the above, please contact Mr. William Greer, Chief Informatics Officer or you may contact Richard L. Davis, Employee Relations Specialist, Human Resources Management at (334) 727-0550, extension 3600.

*Linda King*

Linda J. King

Attachments

RECEIPT OF THIS LETTER IS ACKNOWLEDGED

*Larry Thomson*    5/14/04
Signature         Date