Page 2 of 2

Pursuant to Title 28, United States Code, § 1746, I declare under penalty of perjury that the foregoing, as well as the contents of the attached statement dated June 8, 2004, are true and correct.

Executed on this 11th day of October, 2006.

_____
MARK D. KUEHNDORF