during his probationary period was in no way related to his race.

In summation, Mr. Thomas, over the course of his probationary period, did not display the necessary technical, communication or "people" skills to successfully perform the position for which he was hired. Moreover, he did not display a willingness, even after consultation and counseling, to improve on any of these areas. I believed then, and continue to believe today, that the best interests of CAVHCS were served by Mr. Thomas' termination.

Pursuant to Title 28, United States Code, § 1746, I declare under penalty of perjury that the foregoing, as well as the contents of the attached statement dated June 14, 2004, are true and correct.

Executed on this 11th day of October, 2006.

_William H. Greer_
WILLIAM H. GREER