IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY D. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 02:05-CV-437-WKW |
| | ) |
| R. JAMES NICHOLSON, | ) |
| SECRETARY, DEPARTMENT OF | ) |
| VETERANS AFFAIRS, | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF HIMANSHU SINGH, M.D.**

My name is Himanshu Singh and I am over the age of 18 years and a resident of the State of Georgia. The information contained in this declaration is based upon my personal knowledge and observations unless otherwise noted.

I am presently employed by the Department of Veterans Affairs as the VISN 7 Clinical Informatics Manager, and during the time frame of May, 2003 through May, 2004, I was employed by the Department of Veterans Affairs as the Clinical Informatics Coordinator for Informatics.

As a part of my official duties I had contact with Mr. Larry Thomas on numerous occasions. Attached and incorporated by reference herein is a statement prepared by me on the date indicated which truthfully and accurately reflects my impressions of Mr. Thomas and his abilities as a VISTA Systems Implementation Manager.

Pursuant to Title 28, United States Code, ' 1746, I declare under penalty of perjury that the foregoing, as well as the contents of the attached statement dated June 16, 2004, are true and correct.

Executed on this 12th day of October, 2006.

_____
HIMANSHU SINGH, M.D.