IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY D. THOMAS, SR., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv437-WKW |
| | ) |
| R. JAMES NICHOLSON, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Now pending before the court is the October 11, 2006, motion to substitute (doc. # 38) and the October 12, 2006, motion for leave to file (doc. # 39) filed by the defendant. Upon consideration of the motions and for good cause, it is

ORDERED that the motion to substitute (doc. # 38) and motion for leave to file (doc. # 39) be and are hereby GRANTED.

Done this 16th day of October, 2006.

                                                  /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE