# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

RECEIVED

2006 OCT 16  A 10: 16

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

Larry D. Thomas

**Plaintiff**                      Civil Action No 2:05cv437-T

Vs                                 Motion To Deny Substitute

R James Nicholson
Secretary, Department of
Veterans Affairs

## Motion to Deny Substitute

Given all the support Mr. William Greer and Mr. Mark D. Kuehndorf has at their disposal, I request that their untimely filing not be accepted and their statement be removed due to untimely filing.

**Reason for this request:**
With more than 500 computers at their disposal in the hospital and the time given to respond, using the network as an excuse is unacceptable. Mr. William Greer and Mr. Mark D. Kuehndorf also had another 500 computer in the administration building next door.
I find it hard to believe that they were having network problems on both networks, which are totally independent of each other, that didn't allow them to sign and send their documents.
Mr. William Greer and Mr. Mark D. Kuehndorf also had the ability to drive less than 5 miles to the attorney's office and sign their documents.
This has become a pattern with the internal agency not filing their documents in a timely manner, even doing the EEOC process.

Mr. Larry D. Thomas pro se, has taken time off work to file documents, and attend a deposition. The excuse being given by Mr. William Greer and Mr. Mark D Kuehndorf is unacceptable and untimely.

I respectfully request that the United States Middle District Court of the State of Alabama deny the substitute filing.

Sign: _Larry D. Thomas_   Date: **10/ 16/ 2006**

**SCANNED**

**Executed On October 16, 2006**

**Respectfully Submitted,**

_____  10/16/2006
Larry D. Thomas pro se / Plaintiff
3327 Lunceford St.
Montgomery, Alabama 36108

**ATTN: Magistrate Judge Charles Coody**
Office Of The Clerk
United States District Court
P.O Box 771
Montgomery, Alabama 35101-0711

**Randolph Neeley**
**Leura G Canary**
Assistant United States Attorney
United States Attorney's Office
P.O Box 197
Montgomery, Al 36101-0197