IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY D. THOMAS, SR., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv437-WKW |
| | ) |
| R. JAMES NICHOLSON, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Now pending before the court is the October 16, 2006, motion to deny substitute (doc. # 42) filed by the plaintiff. Upon consideration of the motion and for the following reasons, it is

ORDERED that the motion to deny substitute (doc. # 42) be and is hereby DENIED.

Done this 18th day of October, 2006.

                                   /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE