EXHBIT: ___1___ 5 pages

Hotel Receipt that was reimbursed by the Government.

Dating May 15, 2004 be my day of PCS travel

StudioPLUS #6078
990 Sunland Park Drive
El Paso, TX   79922
915-833-7731

Guest Name: THOMAS, LARRY               Company: US GOVERNMENT
   Address:
      City: BLOOMINGTON, CA 92316                                    1 of 1

Room: 223     Arrival:5/15/03    Depart:5/16/03 Res:21323    Rate:$49.00
================================================================================
Date         Description                    Charges      Payments      Balance
================================================================================
05/15/03  CASH                               $0.00         $56.60      ($56.60)
05/15/03  DAILY ROOM CHARGE Rm:223          $49.00          $0.00       ($7.60)
05/15/03  LOCAL ROOM TAX                     $4.66          $0.00       ($2.94)
05/15/03  STATE ROOM TAX                     $2.94          $0.00        $0.00
================================================================================
Printed For 05/15/03 - 05/16/03

                              Folio Summary For 1. Room Folio
                              ========================================
                                     Room Charges:        $49.00
                              Other Charges/Credits:       $0.00
                                    Phone Charges:         $0.00
                                            Taxes:         $7.60
                                         Payments:       ($56.60)
                              ========================================
                                       Total Balance Due   $0.00

            Visit us online at www.extendedstay.com

390 Sunland Park Drive
El Paso, TX 79922
915-833-7731

Guest Name: THOMAS, LARRY           Company: US GOVERNMENT
   Address:
       City: BLOOMINGTON, CA 92316
                                                                1 of 1

Room: 223       Arrival: 5/15/03    Depart: 5/16/03  Res: 21323      Rate: $49.00
================================================================================
 Date     Description                        Charges    Payments    Balance
================================================================================
05/15/03  CASH                                $0.00     $56.60     ($56.60)
05/15/03  DAILY ROOM CHARGE Rm:223           $49.00      $0.00      ($7.60)
05/15/03  LOCAL ROOM TAX                      $4.66      $0.00      ($2.94)
05/15/03  STATE ROOM TAX                      $2.94      $0.00       $0.00
================================================================================
Printed For 05/15/03 - 05/16/03

                            Folio Summary For 1. Room Folio
                            ========================================
                                    Room Charges:          $49.00
                            Other Charges/Credits:          $0.00
                                   Phone Charges:           $0.00
                                           Taxes:           $7.60
                                        Payments:         ($56.60)
                            ========================================
                                     Total Balance Due     $0.00

            Visit us online at www.extendedstay.com

**Office of Personnel Management** §315.804

to complete the probationary period in the new position.

(d) Upon noncompetitive appointment to the competitive service under the Postal Reorganization Act (39 U.S.C. 101 et seq.), an employee of the Postal Career Service (including substitute and part-time flexible) who has not completed 1 year of Postal service, must serve the remainder of a 1-year probationary period in the new agency.

(e) A person who is appointed to the competitive service either by special appointing authority or by conversion under subparts F or G of this part serves a 1-year probationary period unless specifically exempt from probation by the authority itself.

[33 FR 12418, Sept. 4, 1968, as amended at 39 FR 962, Jan. 4, 1974; 45 FR 43365, June 27, 1980; 60 FR 54504, Oct. 16, 1995; 65 FR 14432, Mar. 17, 2000]

### §315.802 Length of probationary period; crediting service.

(a) The probationary period required by §315.801 is 1 year and may not be extended.

(b) Prior Federal civilian service (including nonappropriated fund service) counts toward completion of probation when the prior service:

(1) Is in the same agency, e.g., Department of the Army;

(2) Is in the same line of work (determined by the employee's actual duties and responsibilities); and

(3) Contains or is followed by no more than a single break in service that does not exceed 30 calendar days.

(c) Periods of absence while in a pay status count toward completion of probation. Absence in nonpay status while on the rolls (other than for compensable injury or military duty) is creditable up to a total of 22 workdays. Absence (whether on or off the rolls) due to compensable injury or military duty is creditable in full upon restoration to Federal service. Nonpay time in excess of 22 workdays extends the probationary period by an equal amount. An employee serving probation who leaves Federal service to become a volunteer with the Peace Corps or the Corporation for National and Community Service serves the remainder of the probationary period upon reinstatement provided the employee is reinstated within 90 days of termination of service as a volunteer or training for such service.

(d) The probationary period for part-time employees is computed on the basis of calendar time, in the same manner as for full-time employees. For intermittent employees, i.e., those who do not have regularly scheduled tours of duty, each day or part of a day in pay status counts as 1 day of credit toward the 260 days in a pay status required for completion of probation. (However, the probationary period cannot be completed in less than 1 year of calendar time.)

[60 FR 53504, Oct. 16, 1995]

### §315.803 Agency action during probationary period (general).

The agency shall utilize the probationary period as fully as possible to determine the fitness of the employee and shall terminate his services during this period if he fails to demonstrate fully his qualifications for continued employment.

### §315.804 Termination of probationers for unsatisfactory performance or conduct.

(a) When an agency decides to terminate an employee serving a probationary or trial period because his work performance or conduct during this period fails to demonstrate his fitness or his qualifications for continued employment, it shall terminate his services by notifying him in writing as to why he is being separated and the effective date of the action. The information in the notice as to why the employee is being terminated shall, as a minimum, consist of the agency's conclusions as to the inadequacies of his performance or conduct.

(b) Probation ends when the employee completes his or her scheduled tour of duty on the day before the anniversary date of the employee's appointment. For example, when the last workday is a Friday and the anniversary date is the following Monday, the probationer must be separated before the end of the tour of duty on Friday since Friday would be the last day the employee actually has to demonstrate fitness for further employment.

[33 FR 12418, Sept. 4, 1968, as amended at 60 FR 53505, Oct. 16, 1995]

§ 315.711                                                      5 CFR Ch. I (1–1–04 Edition)

competitive status automatically on conversion.

[52 FR 25194, July 6, 1987, as amended at 52 FR 43722, Nov. 15, 1987; 66 FR 66710, Dec. 27, 2001]

§ 315.711  Readers, interpreters, and personal assistants serving under Schedule A appointments.

(a) *Agency authority.* An agency may convert noncompetitively to career or career-conditional employment, a reader, interpreter, or personal assistant:

(1) Who completed at least 1 year of satisfactory service in such a position under a non-temporary appointment under 5 CFR 213.3102(11); and

(2) Whose employment in such a position is no longer necessary for reasons beyond management control, e.g. resignation or reassignment of the employee being assisted.

(b) *Tenure on appointment.* (1) Except as provided in paragraph (b)(2) of this section, a person appointed under paragraph (a) of this section becomes a career-conditional employee.

(2) A person appointed under paragraph (a) of this section becomes a career employee when he or she has completed the service requirement for career tenure or is excepted from it by § 315.201(c).

(c) *Acquisition of competitive status.* A person appointed under paragraph (a) of this section acquires a competitive status automatically on appointment.

[55 FR 12327, Apr. 3, 1990]

§ 315.712  Conversion based on service as a Career Intern

(a) *Agency authority.* An agency may convert noncompetitively to career or career-conditional employment, a career intern who:

(1) Has successfully completed a Career Intern Program, under § 213.3202(o) of this chapter, at the time of conversion; and

(2) Meets all citizenship, suitability and qualification requirements.

(b) *Tenure on conversion.* An employee whose appointment is converted to career or career-conditional employment under paragraph (a) of this section becomes:

(1) A career-conditional employee except as provided in paragraph (b)(2) of this section;

(2) A career employee when he or she has completed the service requirement for career tenure or is excepted from it by § 315.201(c).

(c) *Acquisition of competitive status.* An employee whose employment is converted to career or career-conditional employment under this section acquires a competitive status automatically on conversion.

[65 FR 78079, Dec. 14, 2000]

§ 315.725  Disqualifications.

Any law, executive order, or civil service rule or regulation which would disqualify an applicant for appointment shall also disqualify an employee for conversion of his employment to career or career-conditional employment under this subpart.

[33 FR 12418, Sept. 4, 1968. Redesignated at 44 FR 63080, Nov. 2, 1979]

## Subpart H—Probation on Initial Appoinment to a Competitive Position

§ 315.801  Probationary period; when required.

(a) The first year of service of an employee who is given a career or career-conditional appointment under this part is a probationary period when the employee:

(1) Was appointed from a competitive list of eligibles established under subpart C of this part;

(2) Was reinstated under subpart D of this part unless during any period of service which affords a current basis for reinstatement, the employee completed a probationary period or served with competitive status under an appointment which did not require a probationary period.

(b) A person who is:

(1) Transferred under § 315.501; or

(2) Promoted, demoted, or reassigned; before he completed probation is required to complete the probationary period in the new position.

(c) A person who is reinstated from the Reemployment Priority List to a position in the same agency and the same commuting area does not have to serve a new probationary period, but, if separated during probation, is required

166

*Be generous with your love. It's never wasted.*

# FEBRUARY 2004

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12<br>Lincoln's Birthday (USA) | 13 | 14<br>Valentine's Day |
| 15 | 16<br>Presidents' Day (USA) | 17 | 18 | 19 | 20 | 21 |
| 22<br>Washington's Birthday (USA) | 23 | 24 | 25<br>Ash Wednesday | 26 | 27 | 28 |
| 29 | | | | | | |

**JANUARY**
S M T W T F S
. . . . 1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

**MARCH**
S M T W T F S
. 1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31