# EXHBIT: ___3___ 1 page

**Email asking For Mr. Thomas Certifications**

*Question my certification & ask for proof.*



**Thomas, Larry Donell CAVHCS**            ***EXHIBIT 5F***

| | |
|---|---|
| **From:** | Greer, William H. CAVHCS |
| **Sent:** | Wednesday, September 24, 2003 3:11 PM |
| **To:** | Thomas, Larry Donell CAVHCS |
| **Cc:** | Carlisle, Harald |

**Subject:** Tomorrows Meeting

Larry,

For tomorrows meeting please bring with you the professional certfications that you have listed on your OF612, Section 13, Other Qualifications: Job Related Training Courses/Job Related Certifcates and Licenses:

- Net10 Technology 99
- Microsoft Certified Engineer, Courses:
    - NT4.0 Workstation
    - NT 4.0 Server
    - NT 4.0 Networking in the Enterprise
    - TCP/IP
    - Windows 2000 Professional
    - 2000 Server
    - 2000 Active Directory
- 2001 Linux Certified Professional
- Post Secondary Teaching Certificate
- 2002 California State Designated Teaching Credential

Sincerely,

*William H. Greer*

IT Operations Manager

Department of Veterans Affairs

Central Alabama Veterans Health Care System (CAVHCS)

**East Campus:** 2400 Hospital Road, Bldg 3A, Room 431, Tuskegee, AL 36083-5001

**West Campus:** 215 Perry Hill Road, T40, Montgomery, AL 36109

11/10/2003