**EXHBIT:** _____4_____ 2 pages

**Mrs. Saundrah Venne Intentionally Impeding The Hospital Process.**

## Greer, William H. CAVHCS

| | |
|---|---|
| From: | Greer, William H. CAVHCS |
| Sent: | Tuesday, January 27, 2004 9:36 AM |
| To: | Thomas, Larry Donell CAVHCS-IT |
| Subject: | RE: Weekly Report for the Jan 23, 2004 |

Thanks. When we get some time this week, lets go over this.

Sincerely,

William H. Greer
Chief Information Officer
Department of Veterans Affairs
Central Alabama Veterans Health Care System (CAVHCS)
East Campus: 2400 Hospital Road, Bldg 3A, Room 431, Tuskegee, AL 36083-5001 West Campus: 215 Perry Hill Road, T40, Montgomery, AL 36109 Cell 1.334.657.5492 Office 1.334.725.2953
FAX: 1.334.260.4185
E-mail William.Greer2@med.va.gov

-----Original Message-----
From: Thomas, Larry Donell CAVHCS-IT
Sent: Tuesday, January 27, 2004 9:22 AM
To: Greer, William H. CAVHCS
Subject: Weekly Report for the Jan 23, 2004
Importance: High

*[Handwritten note: Saundrah slowing down progress and management is aware.]*

Mr. Greer once again I'm sorry to be late but I ended up with a very busy week short week.
Last week was a week of meetings with the HAS management staff.
Our HAS has agreed to go with Vista Imaging despite Tom Ash recommendation. VISN7 is pushing very has for everyone to keep Vista.
Bill I recommend that we renew our DSS license for one year so that we can receive the API and the Conversion software in June.

VRS meeting was held last week with Mr. Piper and he has Hired Judy and Bob from his department to be the BIO MED IT people.
We have services that need to come online but Saundrah has made it her business not to attend the meetings.
She don't even call in.

The Means test need to be sat up with the HEC, since DSS scanning program is always breaking down that would get rid of the first floor Issues, Mr. Greer this is a simple process since our back ground process is already install.
Our stress test is also ready to come online, that would save lost of man hours from scanning.
I will be working with Judy to bring the application process online for Dental, Saundrah stated she has completed the network part for process.
Talk Technology had it's first conference call last Friday, and its being tested in Atlanta.
Dr. Harris the Chief of Dental stated he want the use Talk Technology this would greatly save them time and do away with the transcription people. So at least seven software license will be needed.

1

Mr. Greer looking at Cameras I thing the services should provide there service with Cameras because the are not computers and they will be to hard to keep up with. I will make the some recommendations on the type f cameras to buy.

I have Provider Training in Dothan on Friday January 30, 2004, Jay Meininger will be training in Dothan also on Friday.

I expect to have a total of 5 hours CT for this trip. Our start time will be 5:00am.


Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424

2