**EXHBIT:** _____5_____ 2 pages

## VA E - Learning Online

Course taken while taken working In The VA

# Grades

Department of Veterans Affairs
Thomas, Larry
04/26/2004

The following final scores belong to Course/Exam Offerings that are currently in progress. The Transcripts contain a full list of all course/exam offerings.

| Course/Exam - Code, Section, Term | Start Date | End Date | Atten. % | Final Grade | Post Date |
|---|---|---|---|---|---|
| Advanced Presentation Skills - COMM0325, 10791, 2.5 Hours | 04/14/2004 | 07/13/2004 | N/A | N/A | |
| Avoiding Grammatical Errors in Business Writing - COMM0013, , 4.5 hours | 04/14/2004 | 07/13/2004 | 0.00 | 83.33 | 04/25/2004 |
| Foundations of Grammar - COMM0201, 10772, 2.5 Hours | 04/14/2004 | 07/13/2004 | 0.00 | 25.00 | 04/25/2004 |

(19)