**EXHBIT:** _____6_____ 1 pages

**AUM Montgomery**

Project Management Institute (PMI) Training

Views >> **My Progress**



Date: 12/12/2004 12:26
Page: 1 of 1

Note: Data for some content types may be delayed by 24 hours. See the MySmartForce Help for details.

**Student Name:** Larry Thomas
**Email:** huskteam38@walla.com
**Pass Level:** 70
**Total # of Courses:** 8

| Course Name | Course Code | Access Count | % Complete | Test Score | Passed |
|---|---|---|---|---|---|
| Estimating and Controlling Project Cost | 39643_1 | 2 | 97% | 96% | Yes |
| Integrating and Coordinating Processes | 37687_1 | 2 | 86% | 99% | Yes |
| Maintaining Professional Standards | 65383_1 | 7 | 100% | 96% | Yes |
| Planning and Managing Project Communications | 40376_1 | 2 | 100% | 98% | Yes |
| Planning and Managing Project Scope | 38614_1 | 3 | 100% | 95% | Yes |
| Planning for and Responding to Project Risk | 55466_1 | 2 | 100% | 100% | Yes |
| Project Human Resource Management | 38657_1 | 3 | 100% | 97% | Yes |
| Related Strands of Project Management | 37609_1 | 6 | 78% | 84% | Yes |