**EXHBIT: 7** 1 page

**Mr. Greer Contact About my Email Box being Cleaned out**

**Greer, William H. CAVHCS**

| | |
|---|---|
| From: | Beasley, Ty CAVHCS |
| Sent: | Thursday, May 13, 2004 4:05 PM |
| To: | Greer, William H. CAVHCS |
| Subject: | FW: KEEPER FW: What happen to my mail ????????????? |

FYI, I'll forward the original.

-----Original Message-----
From: Greer, William H. CAVHCS
Sent: Monday, November 17, 2003 8:43 AM
To: Beasley, Ty CAVHCS; Carlisle, Harald
Subject: KEEPER FW: What happen to my mail ?????????????

Formal communication that clearly depicts his lack of ability to effectively communicate in a written format. We need to keep this.

Sincerely,

*William H. Greer*
Chief Information Officer
Department of Veterans Affairs
Central Alabama Veterans Health Care System (CAVHCS)
**East Campus:** 2400 Hospital Road, Bldg 3A, Room 431, Tuskegee, AL 36083-5001
**West Campus:** 215 Perry Hill Road, T40, Montgomery, AL 36109
Cell 1.334.657.5492
Office 1.334.725.2953
E-mail William.Greer2@med.va.gov

-----Original Message-----
From: Thomas, Larry Donell CAVHCS
Sent: Friday, November 14, 2003 3:44 PM
To: Greer, William H. CAVHCS
Cc: Beasley, Ty CAVHCS; McCloud, Loretta M. CAVHCS; Carlisle, Harald
Subject: What happen to my mail ?????????????

I'm surprised to know that someone has cleaned out my mail box, this couldn't have been an accident because my **inbox** *[Greer, William H. CAVHCS]* Inbox was **wipe** *[Greer, William H. CAVHCS]* wiped clean and new messages started today. I wish to have some privacy at least when it **come** *[Greer, William H. CAVHCS]* comes to my mail. This is the second violation of my privacy. I **guest** *[Greer, William H. CAVHCS]* guess you had a reason to clean my box.

Would you please explain the reason for **see** *[Greer, William H. CAVHCS]* ??? these process?

Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424

Tampering with my email and statements MR. William Greer was editing my mail.

1