# EXHBIT: _____10_____ w/ pages

**Employee Of the VA**

Letters of Support, Written statements of service.

**EXHIBIT 7B**

June 2, 2004

To Whom It May Concern:

I am writing this letter in support of Mr. Larry Thomas whom I have worked closely with for over one year (when he came to Central Alabama Veterans Health Care System as a Vista Imaging Manager).

I have always found Mr. Thomas to be knowledgeable, well trained, concerned and always available to teach and to make things lighter and more comprehensible for those of us less computer literate.

I have called on Mr. Thomas on several occasions and I have always found him to be pleasant, resourceful and easy to work with.

Not only is he friendly, he has helped to make my computer friendly at times when I was about ready to toss it.

Because of the support that he has given me this past year, I fully support him in his future endeavors whatever they may be, and without a doubt if I had the opportunity I would hire him without reservation.

Mr. Thomas will be an asset to any organization that is fortunate enough to obtain his services.

If I can do or say more about this young man, feel free to call me at (334) 725-2590.

Respectfully,

Ernest B. Terrell, M.D.
Diagnostic Radiologist Staff
Central Alabama Veterans Health Care System

Dr. Mark McGuire
Optometry Clinic Director
East Campus
CAVHCS

May 19, 2004

To Whom It May Concern:

I would like to submit a letter of reference for Mr. Larry Thomas. I have had the pleasure of working with Mr. Thomas on several projects needed in the Eye Clinic. He took time out of his schedule to assist me in configuring all of our computers therefore enhancing patient care and productivity. I expressly feel that he was a great asset and a positive individual and trainer and I am very saddened that his employment has been terminated with The Veterans Administration.

Sincerely,

Dr. Mark McGuire
Optometry Clinic Director
East Campus
334-725-3231 ext. 3343

**Central Alabama Veterans Health Care System**

West Campus
215 Perry Hill Road
Montgomery, AL. 36109-3798

June 1, 2004

Larry D. Thomas
Vista Imaging Implementation Manager
3327 Lunce Ford Street
Montgomery, AL. 36108
Phone 334-240-0967

Dear Larry:

It pains me to hear that you will be leaving the VA System. When it comes to computer information training especially Vista Imaging Training, you rank with the best.

The eye clinic staff interacted with you almost continuously while bringing retinal camera images online, as well as resolving communication issues between our clinics and prosthetics. Thanks so much for a job well done.

Your patient disposition and easygoing mannerism made learning fun. We will miss you. Best wishes in your future endeavors

Sincerely,

James A. Northcutt, MD
Chief of Ophthalmology CAVHCS

Latondra Jackson
Medical Support Assistant
East Campus
CAVHCS

May 19, 2004

To Whom It May Concern:

I would like to submit a letter of reference for Mr. Larry Thomas. I have worked with Mr. Thomas and found him to be a very capable and outstanding trainer. He was very patient and knowledgeable about the Vista Imaging and Scanning System and an absolute pleasure to work with. I really regret that the VA has chosen to let such a competent and skilled employee go in light of all his skills and talent that I felt he brought to the Veterans Health Administration.


Sincerely,

Latondra Jackson
MSA Eye Clinic
East Campus
334-725-3231