**Greer, William H. CAVHCS**

**'om:** Greer, William H. CAVHCS
**_ent:** Tuesday, January 06, 2004 12:08 PM
**To:** Thomas, Larry Donell CAVHCS-IT
**Subject:** RE: Add User Class to my CPRS Menu

Why

Sincerely,

William H. Greer
Chief Information Officer
Department of Veterans Affairs
Central Alabama Veterans Health Care System (CAVHCS)
East Campus: 2400 Hospital Road, Bldg 3A, Room 431, Tuskegee, AL 36083-5001 West Campus: 215 Perry Hill Road, T40, Montgomery, AL 36109 Cell 1.334.657.5492 Office 1.334.725.2953
FAX: 1.334.260.4185
E-mail William.Greer2@med.va.gov

-----Original Message-----
From: Thomas, Larry Donell CAVHCS-IT
Sent: Tuesday, January 06, 2004 11:54 AM
To: Cross, Patricia CAVHCS
Cc: Mohamed, Antonia S. CAVHCS; Greer, William H. CAVHCS
Subject: Add User Class to my CPRS Menu

I need to have user class access add to my CPRS menu.

Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424

**Greer, William H. CAVHCS**

From: Thomas, Larry Donell CAVHCS-IT
Sent: Friday, March 12, 2004 4:12 PM
To: Piper, William E. CAVHCS
Cc: Greer, William H. CAVHCS; Griffin, Leah C CAVHCS
Subject: RE: VRS Meetings

Bio Med NOT ATTENDING Meeting Saundrah & Judy are buddy's trying to set me u

Page 2

Mr. Piper it really doesn't matter who setup the temporary fix for the TopCon cameras; IT perform this service to assist the backlog that the eye clinic was having due to the request of the service but you now have people on your staff that are performing the IT functions and they should be able to take this process over. I would be glad to assist your staff to bring them up to speed if necessary. If all goes well there want be any need to burn CD's after we finish setting up consults for clinic's. Mr. piper you know that TopCon was address about the burning of CD's and we had their approval.

Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424

> -----Original Message-----
> From: Piper, William E. CAVHCS
> Sent: Friday, March 12, 2004 3:08 PM
> To: Thomas, Larry Donell CAVHCS-IT
> Cc: Greer, William H. CAVHCS; Piper, William E. CAVHCS
> Subject: RE: VRS Meetings
>
>
>
> For your first problem:
>
> TopCon Cameras west campus need to have the IP Address changed to
> the test account so the worklist can be tested.
>
> Saundrah is still working with Jay & Brad on this problem, it is an
> worklist problem which is an IT issue. Biomedical tech is waiting
> until the worklist problem is solve then we will proceed.
> My question is: why didn't you follow up with your own service
> first?
>
> For your second problem:
>
> TopCon Cameras in Columbus, has problem, user can't burn CD of Eye
> images any more. I will forward you the email from Dr. Robinson.
>
> The CD burn option was installed by IT and is not supported by
> Biomedical. This option should not have been added unless you have
> written consent from medical equipment manufacturer "Topcon" and any
> other medical manufacturer's equipment connected to the Topcon.

>
> William Piper
> CAVHCS Biomedical Section Manager
> 334-272-4670 ext. 4870 (WC)
> Pager 777
>
> -----Original Message-----
> From: Piper, William E. CAVHCS
> Sent: Friday, March 12, 2004 2:25 PM
> To: Thomas, Larry Donell CAVHCS-IT
> Cc: Piper, William E. CAVHCS; Greer, William H. CAVHCS
> Subject: RE: VRS Meetings
>
> Per our conversation, Send our equipment concerns to myself and I
> will assign them. When completed you will be advised. The user should
> enter electronic work orders when the equipment gives them trouble so
> the equipment history reflect the all the troubles as stated in the
> Equipment Management Program and the Medical Center Equipment Management Policy.
> William Piper
> CAVHCS Biomedical Section Manager
> 334-272-4670 ext. 4870 (WC)
> Pager 777
>
>
> -----Original Message-----
> From: Thomas, Larry Donell CAVHCS-IT
> Sent: Thursday, March 11, 2004 4:39 PM
> To: Piper, William E. CAVHCS
> Subject: RE: VRS Meetings
>
> Mr. Piper our meeting have run on the schedule time every Monday and
> Thursday with no rep form Bio Med, Ken Langford has been attending and
> John Marshall and I have been meeting twice a week even if it's not
> the time required, I've ask that your people meet with me on the days
> requested even if it's earlier.
> I was down stairs in Mr. Greer office today and your people didn't
> show-up, this is only about the fourth week your personnel has not
> shown or called.
> There are issues pending for service so if you could please have
> Judy and Bob Contact me ASAP.
>
> TopCon Cameras west campus need to have the IP Address changed to
> the test account so the worklist can be tested.
> TopCon Cameras in Columbus, has problem, user can't burn CD of Eye
> images any more. I will forward you the email from Dr. Robinson.
> Mr. Piper, once a week meeting know problem, this is why the TopCon
> cameras are not working because I have not communicated with the team
> do to a lack of participation.
> Please have your team meet with us in Mr. Greer office; Monday
> morning at 0830.
>

Read

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

**Larry D. Thomas**

**Plaintiff/pro se** **Civil Action No 2:05cv437-T**

**Vs**

**SWORN STATEMENT OF**

**R James Nicholson**
**Secretary, Department of Veterans Affairs**

Tyrone Mitchell
**Name**

**Date** 11/30/2006 **Time** 12:30 pm.

A witness called for examination, after having been first duly sworn or affirmed, was examined and testified as follow:

**EXAMINATION**

**By** [signature]

**Q.** **Where are you employed?**

**A.** Central Alabama Healthcare System

**Q.** **How long have you been employed at that facility?**

**A.** 10 years

**Q.** **Since part of this complaint is based on race, please identify your race?**

**A.** African- American

**Q.** **What is your title and grade?**

**A.** Computer Specialist GS-7

**Q.** **What is your area of responsibility?**

**A.** East Campus – Desktop Support

**Q. Who is your first level supervisor?**

A. Harald Carlisle

**Q. Did you participate in Vista Imaging training or any other training conducted by Mr. Thomas?**

A. Yes

**Q. How was Mr. Thomas ability to communicate with you and the staff member of your service line?**

A. He displayed confidence about subject matter and no problem communicating with staff.

**Q. If you received training from Mr. Thomas, how would you rate Mr. Thomas as a trainer and his ability to communicate with the class?**

A. He was very knowledgeable about the topic and had no problem communicating with staff.

**Q. Have you ever receive email from Mr. Thomas?**

A. Yes

**Q. Did you have problems understanding the emails sent out by Mr. Thomas?**

A. No

**Q Have you ever been in the presents of Mr. Thomas around female staff members?**

A. Yes

**Q. Did you or have you ever received complaints about Mr. Thomas inappropriate conduct around the opposite gender?**

A. No

**Q. As a customer of Mr. Thomas, how would you rate Mr. Thomas ability to assist you and your staff with your computer problems?**

A. He seemed to possess the knowledge and ability to handle his area of responsibility.

**Q.** **Can you give and example of the way Mr. Thomas assisted you and your staff?**

**A.** He conducted an in service training class on the CPRS application explaining its functions and answering questions concerning troubleshooting issues with application.

**Q.** **Do you work for Mr. William Greer?**

**A.** Yes

**Q.** **Would you consider Mr. William Greer a races?**

**A.** Yes

**Q.** **Can you give example just two things that has happen in the workplace that would lead you to believe Mr. Greer is a races?**

**A.** He hired four white men whom had no previous experience with an IT Shop of our kind; two of them lived with him at time they were selected for the position. He told me and my coworkers, whom are all black that we had no advancement potential. Three of the four coworkers have college degrees. Three of the four white men were hired at GS-9 and up level. They have also received bonus money.

**Q** **Have you ever file an EEOC complaint against Mr. William Greer for discrimination.**

**A.** **Yes**

**Q.** **Would you say the VISN 7 as shown racism from the top management down to the facility level?**

**A.** Yes

**Q.** **If so, please give and example?**

**A.** **It seems that they all know each other and the promotions reflect that. Will explain if necessary.**

**Q.** **Did Mr. Charles Wacker assume the duties Mr. Thomas was performing the Monday after his employment at CAVHS.**

**A.** I don't really know but he was moved into his position.

**Q.** **What were the duties of Mr. Charles Wacker prior to assuming the duties of Mr. Thomas as you no?**

A. He was hired to work in my section as a desktop support tech but didn't display the ability to do the job so they kept moving him around.

**Q. From your professional opinion, having worked with Mr. Charles Wacker; do you field Mr. Charles Wacker was qualified to perform the duties of the Implementation Manager?**

A. No he does not.

**Q. Do you know Mr. Ty Beasley?.**

**A. I know of him**

**Q. Do you know of any professional computer certification held by Mr. Ty Beasley?**

**A. No**

**Q. Were you aware of Mr. Ty Beasley being Mr. Thomas First level supervisor while at CAVHCS?**

**A. No**

**Q. From your professional opinion, do you feel Mr. Ty Beasley had the skills and professional knowledge to be incharge of the Vista Imaging Manager?**

A. No, because it was new to our facility and to my knowledge no one had knowledge of this application

**Q. Do you know Mr. Harald Carlisle?**

A. Yes

**Q. Have you worked under Mr. Harald Carlisle?**

A. Yes

**Q. Do you have reason to believe Mr. Carlisle is a races?**

A. Not to my knowledge

**Q. Have you ever file, or do you know of any discrimination actions being filed against Mr. Harald Carlisle other than the one by Mr. Thomas?**

A. No

Sign _______________________ Date 10/31/06

**CERTIFICATE OF NOTARY**

I, _______________________, A Notary Public in and for the State of Alabama, before whom the above questions were answered and signed before me, do hereby certify that I am neither counsel for, related to nor employed by any of the parties to the action in which the proceeding were taken; and further , that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

My Commission Expires 1/7/2007