IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY D. THOMAS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-437-WKW |
| | ) | |
| R. JAMES NICHOLSON, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

For good cause, it is hereby

ORDERED that the **February 12, 2007** trial and **January 5, 2007** pretrial conference set in

this cause are CONTINUED GENERALLY pending resolution of the motion for summary

judgment.

DONE this 21st day of December, 2006.


            /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE