IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY D. THOMAS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv437-WKW |
| ) | |
| R. JAMES NICHOLSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Now pending before the court is the December 21, 2006, motion for an extension of time (doc. # 49) filed by the plaintiff. Upon consideration of the motion, it is

ORDERED that the motion be and is hereby DENIED.

Done this 16th day of March, 2007.

                    /s/Charles S. Coody
                  CHARLES S. COODY
                  CHIEF UNITED STATES MAGISTRATE JUDGE