IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY D. THOMAS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:05cv437-WKW |
| ) | |
| R. JAMES NICHOLSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On October 11, 2006, the Government submitted a Memorandum in Support of a Motion for Summary Judgment and attached evidentiary materials through this court's electronic document filing system.  (Doc. No. 37.)  A review of the record indicates that Defendant's Exhibit 1 (Doc. No. 37, Attach. No. 2) was not clearly scanned into the court's system.  Consequently, it is

ORDERED that, on or before April 12, 2007, the defendant shall re-scan and submit a legible copy of Defendant's Exhibit 1 to this court.

Done this 5th day of April, 2007.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE