IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 APR 12 P 12: 31

**Larry D Thomas**
**Plaintiff**                                          Civil Action NO 2:05cv437-T

    **Vs.**

**R. James Nicholson,**
**Magistrate Judge Coody,**

In and effort to recover the requested document I have ask the VA to provided me we the requested document SF- 50-b. I was never given a original copy, I have ask that the **National Personnel Records Center, St. Louis provide me with the SF- 50 b;** they stated it takes 10 -14 business days.
I have provided you with the exiting document; which have the same information in the upper text fields. If you require the original document, I will provide it ASAP.

**The lower fields stated the following:**

**Records Continue:**

**Frozen Service: None**

**Compatible Military 6 years and 6 months**

*Larry Thomas 4/12/2007*
3327 Lunceford St
Montgomery, AL. 36108

1

# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

*Certificate of Service*

*I've serve the following by mail.*

**Executed on April 11, 2007**

**Respectfully submitted,**

*Larry D. Thomas  4/11/2007*

Larry D Thomas / Plaintiff
3327 Lunceford St
Montgomery, Alabama 36108


**ATTN: Magistrate Judge Charles Coody**
OFFICE OF THE CLERK
United States District Court
P.O Box 771
Montgomery, Alabama 35101-0711


**Randolph Neeley**
Assistant United States Attorney
United States Attorney's Office
P.O. Box 197
Montgomery, Al 36101-0197