# EXHIBIT 1

To: National Personnel Records
Center, St. Louis
Civilian Personnel

Larry D. Thomas
3327 Lunceford St
Montgomery, Al. 36108

Larry Donell Thomas
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

I was employed with Central Alabama Healthcare/ Department of Veteran Affairs

My reporting date May 18, 2003, my termination date of employment May 14, 2004

I respectfully request the form SF – 50b for the Federal Court of Central Alabama, please provide the following information ASAP. If it is possible to fax the document to me please contact me at 334-416-4240 wk or Cell 334-538-6939.

Thank You

*Larry Thomas 4/11/2007*

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| TH___, LARRY _ | 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 | 09-09-61 | 05-1_-__ |

### FIRST ACTION
| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 101 | CAREER-CONDITIONAL APPOINTMENT |
| 5-C. Code | 5-D. Legal Authority |
| ZLA | P.L. 107-117 SEC. 511 |
| 5-E. Code | 5-F. Legal Authority |

### SECOND ACTION
| 6-A. Code | 6-B. Nature of Action |
|---|---|
| 6-C. Code | 6-D. Legal Authority |
| 6-E. Code | 6-F. Legal Authority |

7. FROM: Position Title and Number

15. TO: Position Title and Number
IT SPECIALIST (SYS ADM)
001100

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GS | 2210 | 12 | 01 | $58,204 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $58,204 | $0 | $58,204 | $0 |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization
VA HEALTH CARE SYSTEM
INFORMATION RESOURCE MANAGEMENT SVC
MONTGOMERY   AL

### EMPLOYEE DATA
| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2   1-None  3-10-Point/Disability  5-10-Point/Other  2-5-Point  4-10-Point/Compensable  6-10-Point/Compensable/30% | 2   0-None  2-Conditional  1-Permanent  3-Indefinite | | YES [X] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC LIFE ONLY | 9   NOT APPLICABLE | 6 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K   FERS & FICA | 10-27-94 | F   FULL-TIME | |

### POSITION DATA
| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | E-Exempt  N-Nonexempt | _402-2002 | 0065 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 01-2130-101 | MONTGOMERY    AL |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

45. Remarks
REMARKS CONTINUED.

FROZEN SERVICE: NONE.

CREDITABLE MILITARY SERVICE: 06 YRS, 06 MONTHS.



DEFENDANT'S EXHIBIT
1

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF VETERANS AFFAIRS | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
| VA TA | 1710 | 05-18-2003 | HUMAN RESOURCES OFFICER |

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

619 619

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| THOMAS, LARRY D | 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 | 09-09-61 | 05-18-2003 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 101 | CAREER-CONDITIONAL APPOINTMENT | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| ZBA | P.L. 106-117, SEC. 511 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | IT SPECIALIST (SYS ADM) |
| | 001600 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GS | 2210 | 12 | 01 | $58,204 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $58,204 | $0 | $58,204 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | VA HEALTH CARE SYSTEM<br>INFORMATION RESOURCE MANAGEMENT SVC<br>MONTGOMERY    AL |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2  1-None  3-10-Point/Disability  5-10-Point/Other<br>   2-5-Point  4-10-Point/Compensable  6-10-Point/Compensable/30% | 2  0-None  2-Conditional<br>   1-Permanent  3-Indefinite | | YES  [X] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0 BASIC LIFE ONLY | 9  NOT APPLICABLE | 6 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS & FICA | 10-27-96 | F  FULL-TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service  3-SES General<br>   2-Excepted Service  4-SES Career Reserved | N  E-Exempt<br>   N-Nonexempt | 8402-2002 | 0065 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 01-2130-101 | MONTGOMERY    AL |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

45. Remarks

SELECTED FROM * V702-RP3-0853
DATED *

APPOINTMENT IS SUBJECT TO COMPLETION OF ONE-YEAR INITIAL
PROBATIONARY/TRIAL/ PERIOD BEGINNING 05-18-2003.

APPOINTMENT AFFIDAVIT EXECUTED 05-19-2003.

SERVICE COUNTING TOWARD CAREER TENURE FROM 05-18-2003.

SPECIAL SALARY RATE EXCEEDS THE LOCALITY RATE OF PAY, SO EMPLOYEE
RECEIVES NO LOCALITY PAYMENT.

REMARKS CONTINUED ON NEXT PAGE

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF VETERANS AFFAIRS | VISN 7 HR MANAGER |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| VA TA | 1710 | 05-18-2003 | HUMAN RESOURCES OFFICER |

TURN OVER FOR IMPORTANT INFORMATION
5-Part    50-316

1 – Employee Copy – Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238