IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY D. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: **02:05-CV-437-WKW** |
| | ) | |
| R. JAMES NICHOLSON, | ) | |
| SECRETARY, DEPARTMENT OF | ) | |
| VETERANS AFFAIRS, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

Comes now the Defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and responds to Plaintiff's evidentiary submission filed April 12, 2007, as follows:

Defendant stipulates and/or adopts Plaintiff's evidentiary submission as it's response to the Court's Order of April 5, 2007, to the extent the evidence represents Plaintiff's initial service date as May 18, 2003.

Respectfully submitted this the 13th day of April, 2007.

                LEURA G. CANARY
                United States Attorney

        By: s/R. Randolph Neeley
           R. RANDOLPH NEELEY
           Assistant United States Attorney
           Bar Number: 9083-E56R
           Post Office Box 197
           Montgomery, AL  36101-0197
           Telephone No.: (334) 223-7280
           Facsimile No.: (334) 223-7418
           **E-mail: rand.neeley@usdoj.gov**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff as follows:

    Mr. Larry D. Thomas, pro se
    3327 Lunceford St.
    Montgomery, AL 36108

                                        s/R. Randolph Neeley
                                    Assistant United States Attorney