IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY D. THOMAS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:05cv437-WKW |
| | ) | |
| R. JAMES NICHOLSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On April 5, 2007, this court ordered the defendant to re-submit a copy of Defendant's Exhibit 1.  (Doc. No. 51.)  On April 12, 2007, the defendant filed a motion for an extension to submit a copy of the exhibit. (Doc. No. 52.)  On that same day, the plaintiff submitted a response to this court's April 5, 2007, order and attached evidentiary materials, which included a copy of a SF-50 notice of personnel action form indicating the effective date and approval date of the plaintiff's employment.  (Doc. No. 53.) Accordingly, it is

ORDERED that the defendant's motion for an extension of time to file an original SF-50 Notice of Personnel Action or in the alternative a legible copy of same (Doc. No. 52) be and is hereby DENIED as MOOT.

Done this 13th day of April, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE