# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

Larry D. Thomas
Plaintiff/pro se

Civil Action No 2:05cv437-T

Vs

R James Nicholson
Secretary, Department of
Veterans Affairs

## Extension of Time

I respectfully request for an extension of time, to properly prepare for the statements made. The court prepared the document on 7 May 2007 and the document was not mail until the 16 May 2007 not giving me the proper time to prepare. This is 2 working day before the document is due and I'm currently working. *Rule 12 of the Federal Rules of Civil Procedure (d) Case Not Fully Adjudicated Summary Judgment.* If on motion under this rule judgment is not rendered upon the whole case or for all the relief asked and a trial is necessary, the court at the hearing of the motion, by examining the pleadings and the evidence before it and by interrogating counsel, shall if practicable ascertain what material facts exist without substantial controversy and what material facts are actually and in good faith controverted. It shall thereupon make an order specifying the facts that appear without substantial controversy, including the extent to which the amount of damages or other relief is not in controversy, and directing such further proceedings in the action as are just. Upon the trial of the action the facts so specified shall be deemed established, and the trial shall be conducted accordingly.

1. Plaintiff requests an extension of time through 7 June 2007, to properly go through the document and answer the court request.

2. The Plaintiff respectfully request time to dispute the defendant claims with facts, and ask the court re-visit the facts produce by the plaintiff.

3. The plaint wish to address defendant claims and bring forth the relevant issue that makes most of the defendant claims void.

4. **WHEREFORE,** the above-listed Plaintiff respectfully request an extension of time, until the 7 June 2007, to answer in accordance with *Rule 12 of the Federal Rules of Civil Procedure (d) Case Not Fully Adjudicated on Summary Judgment.*

Sign: _Larry Thomas_  5/18/07

Civil Action No 2:05cv437-T

1

# Proof of Service

Executed on May 18, 2007

Respectfully submitted,

*Larry Thomas 5/18/07*
Larry D Thomas / Plaintiff
3327 Lunceford St
Montgomery, Alabama 36108


ATTN: Magistrate Judge Charles Coody
OFFICE OF THE CLERK
United States District Court
P.O Box 771
Montgomery, Alabama 35101-0711


Randolph Neeley
Assistant United States Attorney
United States Attorney's Office
P.O. Box 197
Montgomery, Al 36101-0197


**Civil Action No 2:05cv437-T**                                            2



MIDDLE DISTRICT OF ALABAMA
OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711

OFFICIAL BUSINESS

Larry D. Thomas Sr.
3327 Lunceford Street
Montgomery, AL 36108