IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY D. THOMAS, SR.,                )            | |
|                                                              ) | |
|     Plaintiff,                      ) | |
|                                                              ) | |
| v.                                                        ) | CIVIL ACTION NO. 2:05cv437-WKW |
|                                                              ) | |
| R. JAMES NICHOLSON,            ) | |
|                                                              ) | |
|     Defendant.                  ) | |

**ORDER**

Now pending before the court is the May 18, 2007, motion for an extension of time to submit objections to this court's May 7, 2007, Recommendation filed by the plaintiff. (Doc. No. 57.) Upon consideration of the motion, it is

ORDERED that plaintiff be and is hereby GRANTED an extension to and including June 7, 2007, to file any objections to this court's Recommendation to dismiss this case with prejudice.

Done this 21st day of May, 2007.

                                                       /s/Charles S. Coody
                                             CHARLES S. COODY
                                             CHIEF UNITED STATES MAGISTRATE JUDGE