# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

Larry D. Thomas
Plaintiff/pro se

Civil Action No 2:05cv437-T

Vs

R James Nicholson
Secretary, Department of
Veterans Affairs

# EXHIBIT B

Fax Document of Job Description to Mr. Thomas 5/13/2003

05/13/2003 TUB 15:43 FAX                                                                              001

## EXHIBIT (B) 5 PAGES

Department of
Veterans Affairs           **VHA FAX TRANSMITTAL**

This transmission is: intended only for the use of the person or office to whom it is addressed and may contain information that is privileged, confidential, or protected by law.

All others are here by notified that receipt of this message does not waive any applicable privilege or exemption from disclosure and that any dissemination, distribution, or copying of this communication is prohibited.

If you have received this communication in error, please notify us immediately tat t 10 telephone number shown below. Thank you.

### DEPARTMENT OF VETERANS AFFAIRS
### MEDICAL CENTER 1 Freedom Way
### Augusta, Georgia 30904-6285

### HUMAN RESOURCE MANAGEMENT
### FAX (706) 731-7274   Confirmation (706) 731-7272

| To: | FAX Number | Date: | No. pages attached: |
|---|---|---|---|
| Larry Thomas | 909 875 6216 | 5/13/03 | |

| Subject: |
|---|
| PD |

| From: | Telephone Number: |
|---|---|
| Angela Rivers Cooper | 706 733 0188 ext 6426 |

VA FORM

B

**POSITION DESCRIPTION** *(Please Read Instructions on the Back)*

| | |
|---|---|
| 1. Agency Position No. | 2160 |

| 2. Reason for Submission | 3. Service | 4. Employing Office Location | 5. Duty Station | VISN 7 | 6. OPM Certification |
|---|---|---|---|---|---|
| ☐ Redescription ☒ New | ☐ Hdqrs ☒ Field | | VAMC Columbia | | |
| ☐ Reestablishment ☐ Other | | 7. Fair Labor Standards Act | 8. Financial Statement Required | 9. Subject to IA Action |
| Explanation (Show any positions replaced) | | ☐ Exempt ☒ Nonexempt | | ☐ Yes ☒ No |
| | | 10. Position Status | 11. | 12. Sensitivity | 13. Competitive Level Code |
| | | ☒ Competitive | | ☒ 1-Non Sensitive ☐ 3-Critical | |
| | | ☐ Excepted | | | 14. Agency Use |
| | | ☐ SES (Gen) ☐ SES (CR) | ☒ | ☐ 2 ☐ 4 | |

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | | | | | | |
| c. Second Level Review | Information Technology Specialist (Systems Administration) | GS | 2210 | 12 | trl | 9/6/01 |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | Computer Specialist | GS | 334 | 12 | | |

16. Organization Title of Position *(if different from the official title)*
VistA Imaging/R.I.S. Implementation Manager

17. Name of Employee (if vacant, specify)

18. Department, Agency, or Establishment
Department of Veterans Affairs

c. Third Subdivision
Informatics Service Line

a. First Subdivision
VHA

d. Fourth Subdivision

b. Second Subdivision
VISN 7 (Atlanta)

e. Fifth Subdivision

19. Employee Review—This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee *(optional)*

20. Supervisory Certification. *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.*

a. Typed Name and Title of Immediate Supervisor
Wiley Stuckey, Network Systems Information Officer

b. Typed Name and Title of Higher-Level Supervisor or Manager *(optional)*

Signature: [signed]   Date: 5 SEP 01

Signature:    Date:

21. Classification/Job Grading Certification. *I certify that this position has been classified/graded as required by Title 5, U.S. Code in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.*

22. Position Classification Standards Used in Classifying/Grading Position
Administrative Work in the Information Technology Group GS-2200 (May 2001)

Typed Name and Title of Official Taking Action
William F. Lamm, Network HR Manager

Signature: T.R. Heppel   Date: 9/6/01

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee *(optional)* | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks
Full performance level

25. Description of Major Duties and Responsibilities *(See Attached)*

Automated Optional Form 8

Information Technology Specialist GS-2210-12
VistA Imaging/Rad Implementation Manager

## PRINCIPAL DUTIES AND RESPONSIBILITIES

The incumbent is a VISN 7 Informatics Service Line facility-level VistA Imaging/Rad Implementation Manager. The incumbent serves as a computer support specialist on the medical center's VistA Imaging team with responsibilities for the management of the VistA Imaging Computer system at the medical center. The incumbent will develop and maintain methods for managing the Vista Imaging Computer System support workload, including evaluating, prioritizing, implementing and tracking a wide variety and large number of projects. Incumbent will develop quality assurance routines for analyzing effectiveness of PACS system, DICOM images, RAW modality images, etc. Serves as backup systems manager for the VistA Imaging System; provides planning assistance for the future development of VistA Imaging within the medical center; guides the VistA Imaging Systems Team; plans, formulates, and conducts user training sessions on VistA Imaging; serves as medical center liaison with the national VistA Imaging Implementation team to establish, develop, and implement new modalities within VistA Imaging; does systems analysis concerning equipment needed for VistA Imaging and resolves issues surrounding the VistA Imaging hardware and software; coordinates work activities with other services and computer users throughout the medical center and the VISN. The incumbent reports to the facility CIO. In addition, the incumbent works closely with the Facility VistA Imaging NT Implementation Manager to ensure optimal VistA Imaging/Rad system operation and system availability 24 hours a day 7 days a week. The incumbent is responsible for the setup, maintenance of hardware and software associated with the Decentralized Hospital Computer Program (VistA) Imaging Project, interfacing various imaging modalities, as well as training functions associated with equipment and software provided to Medical Center personnel.

## SPECIFIC DUTIES AND RESPONSIBILITIES

1. Systems Support:

Assists with the preventive maintenance of computers, in cooperation with the service engineers, respond and troubleshoot system and associated peripheral device problems.

Understands the duties and procedures of the VistA Imaging Project so as to be able to independently carry out the duties, and exercise these by responding to unforeseen system problems.

Develops, maintains, and carries out mandated system monitors, reviews results for within predetermined ranges, records results and provides concise summary reports to the facility CIO when required.

Maintains operating system software, including, but not limited to, the installation and application of patches and updating of all pertinent records and/or logs with minimal supervision.

Independently handles technical support of peripheral imaging devices, including, but not limited to, facilitation of new installations, reallocations and troubleshooting of defective device equipment.

2. Modality Interfacing:

1

Knowledge of PACS systems, optical storage subsystems, DICOM and RAW modality images, and ability to interface the equipment to the medical center VistA systems.

Knowledge of image capture devices (microcomputer image capture cards and document scanners) and the ability to interface the equipment to the medical center VistA Systems.

3. Reporting Requirements:

Provides accurate and timely reports on status of equipment (connections and system hardware) using standard software packages.

Maintains accurate log of all connections and equipment placements.

Maintains accurate and timely monitors (system utilization, etc.) of VistA Imaging system performance. Provides quality assurance reports to the VISN, Networks/Systems/Telecom Manager.

## FACTOR 1.   KNOWLEDGE REQUIRED BY THE POSITION

Extensive working knowledge of various computer hardware components, interfaces and related device drivers. Knowledge of the medical center's computer equipment and peripheral devices, including standardized operating methods and characteristics, in order to maintain the equipment utilized for specialized VistA Imaging.

Ability to install and maintain system software and hardware, optimize performance and functionality, and diagnose problems and recover failed systems. Ability to modify standard practices and adapt systems to resolve a variety of hardware and software problems. Ability to anticipate performance, capacity or configuration problems and initiate preventative or corrective action. The incumbent applies these abilities to analyze major aspects of VistA Imaging, such as system interrelationships and appropriate operating mode, system software or equipment configuration.

Troubleshoots design and software implementation problems. Knowledge is used to maintain existing systems, including troubleshooting, problem solving, upgrading and debugging.

Knowledge of Digital Standard Mumps (DSM) and VA Fileman as to enhance the connectivity between VistA and the VistA Imaging Project. Knowledge of PACS systems, optical storage subsystems, DICOM and RAW modality images.

Knowledge of Windows NT, Windows 2000, WINS, and proxy systems. Working knowledge of Local Area Network design and implementation including, but not limited to, Gigabit Ethernet/Ethernet protocols, hubs and switching hardware, and server hardware and software in a Windows NT environment.

Ability to perform initial and subsequent operating systems generation in the network as new releases or patches to the WINDOWS and MUMPS systems are released from the vendor. Generates reports utilizing VA Fileman from VistA.

Working knowledge of a systems analysis and problem resolution methodology to analyze operational problems.

2

Knowledge of standard personal computer software packages (i.e., MS-Office) for use in the creation and maintenance of reports, charts, graphs, tables and data analysis.

Ability to communicate effectively (orally and written) in a technical environment. Develops written procedures and SOP for the Informatics Service Line, as appropriate.

## FACTOR 2: SUPERVISORY CONTROLS

The employee works under the guidance and supervision of the VISN, Networks/Systems/Telecom Manager. The supervisor outlines the overall objectives and the resources available. The incumbent and supervisor determine possible approaches, phases and timeframes. The incumbent determines the appropriate methods to apply, interprets regulations and requirements, carries out projects and analyses, coordinates and integrates the work of others and resolves most conflicts that arise. Completed work is reviewed in terms of soundness of overall approach, effectiveness in meeting requirements, achieving expected results and adherence to requirements.

## FACTOR 3: GUIDELINES

Handbooks, manuals, and plans are available, but the guidelines are of en ambiguous or express conflicting courses of action, requiring extensive interpretation. The incumbent uses judgment and ingenuity, and exercises broad latitude to determine the intent of applicable guidelines, develop new methods and guidelines, and formulate interpretations to resolve specific problems. The incumbent is recognized as the technical expert for VistA Imaging/Rad.

## FACTOR 4: COMPLEXITY

The work consists of a variety of duties that involve many different and unrelated processes and methods in the IT field. The incumbent decides what needs to be done by evaluating unusual circumstances, considering different approaches and dealing with incomplete and conflicting data. The incumbent uses judgment and originality in interpreting data, planning work and refining the methods and techniques being used

The work includes studies to advise management on significant aspects of application programs. Analysis and judgment are required to anticipate workflow redesign, ascertain the viability of existing programs, anticipate the effects of program modification, and facilitate eventual modifications to the VistA Imaging systems.

## FACTOR 5: SCOPE AND EFFECT

The work involves developing and adapting procedures for the operation and maintenance of VistA Imaging. The incumbent adapts and implements methods to ensure the availability and functionality of the system, assesses program effectiveness and analyzes a variety of unusual conditions, problems or issues associated with the VistA Imaging system. The work ensures that systems are properly managed and affects the availability of the system to meet the needs of the organization.

## FACTOR 6: PERSONAL CONTACTS

Personal contacts are with fellow staff members, field service engineers, application coordinators, and end users. These contacts require perseverance and tact on the part of the incumbent in order to achieve the desired results.

3