IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

# EXHIBIT C

**Altered Email**

Greer, William H. CAVHCS

**From:** Thomas, Larry Donell CAVHCS-IT
**Sent:** Friday, March 12, 2004 4:12 PM
**To:** Piper, William E. CAVHCS
**Cc:** Greer, William H. CAVHCS; Griffin, Leah C CAVHCS
**Subject:** RE: VRS Meetings

Mr. Piper it really doesn't matter who setup the temporary fix for the TopCon cameras; IT perform this service to assist the backlog that the eye clinic was having due to the request of the service but you now have people on your staff that are performing the IT functions and they should be able to take this process over. I would be glad to assist your staff to bring them up to speed if necessary. If all goes well there want be any need to burn CD's after we finish setting up consults for clinic's. Mr. piper you know that TopCon was address about the burning of CD's and we had their approval.

Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424

> -----Original Message-----
> From:      Piper, William E. CAVHCS
> Sent: Friday, March 12, 2004 3:08 PM
> To:   Thomas, Larry Donell CAVHCS-IT
> Cc:   Greer, William H. CAVHCS; Piper, William E. CAVHCS
> Subject:    RE: VRS Meetings
>
>
>
>     For your first problem:
>
>     TopCon Cameras west campus need to have the IP Address changed to
> the test account so the worklist can be tested.
>
>     Saundrah is still working with Jay & Brad on this problem, it is an
> worklist problem which is an IT issue. Biomedical tech is waiting
> until the worklist problem is solve then we will proceed.
>     My question is: why didn't you follow up with your own service
> first?
>
>     For your second problem:
>
>     TopCon Cameras in Columbus, has problem, user can't burn CD of Eye
> images any more. I will forward you the email from Dr. Robinson.
>
>     The CD burn option was installed by IT and is not supported by
> Biomedical. This option should not have been added unless you have
> written consent from medical equipment manufacturer "Topcon" and any
> other medical manufacturer's equipment connected to the Topcon.

1

DEFENDANT'S EXHIBIT
CASE NO. 2:05-437-T
EXHIBIT NO. 29

> 
> William Piper
> CAVHCS Biomedical Section Manager
> 334-272-4670 ext. 4870 (WC)
> Pager 777
> 
> -----Original Message-----
> From: Piper, William E. CAVHCS
> Sent: Friday, March 12, 2004 2:25 PM
> To: Thomas, Larry Donell CAVHCS-IT
> Cc: Piper, William E. CAVHCS; Greer, William H. CAVHCS
> Subject: RE: VRS Meetings
> 
> Per our conversation, Send our equipment concerns to myself and I
> will assign them. When completed you will be advised. The user should
> enter electronic work orders when the equipment gives them trouble so
> the equipment history reflect the all the troubles as stated in the
> Equipment Management Program and the Medical Center Equipment Management Policy.
> William Piper
> CAVHCS Biomedical Section Manager
> 334-272-4670 ext. 4870 (WC)
> Pager 777
> 
> 
> -----Original Message-----
> From: Thomas, Larry Donell CAVHCS-IT
> Sent: Thursday, March 11, 2004 4:39 PM
> To: Piper, William E. CAVHCS
> Subject: RE: VRS Meetings
> 
> Mr. Piper our meeting have run on the schedule time every Monday and
> Thursday with no rep form Bio Med, Ken Langford has been attending and
> John Marshall and I have been meeting twice a week even if it's not
> the time required, I've ask that your people meet with me on the days
> requested even if it's earlier.
> I was down stairs in Mr. Greer office today and your people didn't
> show-up, this is only about the fourth week your personnel has not
> shown or called.
> There are issues pending for service so if you could please have
> Judy and Bob Contact me ASAP.
> 
> TopCon Cameras west campus need to have the IP Address changed to
> the test account so the worklist can be tested.
> TopCon Cameras in Columbus, has problem, user can't burn CD of Eye
> images any more. I will forward you the email from Dr. Robinson.
> Mr. Piper, once a week meeting know problem, this is why the TopCon
> cameras are not working because I have not communicated with the team
> do to a lack of participation.
> Please have your team meet with us in Mr. Greer office; Monday
> morning at 0830.
> 

2

> Thank you
>
> Larry Thomas
> VistA Imaging Implementation Manager, CAVHCS
> 334-273-6248 or Ext.4424
>
>
> -----Original Message-----
> From: Piper, William E. CAVHCS
> Sent: Thursday, March 11, 2004 10:35 AM
> To: Greer, William H. CAVHCS; Venne, Saundrah A. CAVHCS; Piper, William E. CAVHCS; Thomas, Larry Donell CAVHCS-IT; Wilkes, Joey; Sumner, Judy G CAVHCS
> Cc: Piper, William E. CAVHCS
> Subject: RE: VRS Meetings
>
> Mr. Greer,
> Biomedical has sent a representative but no one has been at the meetings on the days we have attended. Our work load is very heavy and we are short at least two techs which has not helped. Therefore, I am requesting these VRS meetings be once a month.
> William Piper
> CAVHCS Biomedical Section Manager
> 334-272-4670 ext. 4870 (WC)
> Pager 777
>
>
> -----Original Message-----
> From: Greer, William H. CAVHCS
> [mailto:William.Greer2@med.va.gov]
> Sent: Wednesday, March 10, 2004 4:06 PM
> To: Venne, Saundrah A. CAVHCS; Piper, William E. CAVHCS; Thomas, Larry Donell CAVHCS-IT; Wilkes, Joey
> Subject: VRS Meetings
>
> Good Afternoon,
>
> VISTA RAD START-UP (VRS) participants will meet in the T40 conference room (CIO) office.
>
> Please plan to attend this meeting.
>
> Bio Med has not has a rep at this meeting in two weeks and this is of concern as we are all somewhat in the same boat on this issue.
>
>
> Sincerely,
>
>
> William H. Greer
> Chief Information Officer

3

```
>
>
>
> 36083-5001
>
> AL 36109
>
>
>
>
>
>
>
```

Department of Veterans Affairs
Central Alabama Veterans Health Care System (CAVHCS)
East Campus: 2400 Hospital Road, Bldg 3A, Room 431, Tuskegee, AL

West Campus: 215 Perry Hill Road, T40, Montgomery,

Cell Phone: 334.657.5492
NEXTEL ID: 186*112*20346  (outside) 20346 (inside)
Page: 334.261.5235
Office Phone: 334.725.2953
E-mail: William.Greer2@med.va.gov