# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

Larry D. Thomas
Plaintiff/pro se

Civil Action No 2:05cv437-T

Vs

R James Nicholson
Secretary, Department of
Veterans Affairs

## EXHIBIT D

**Removed Emails**

## Greer, William H. CAVHCS

**From:** Beasley, Ty CAVHCS
**Sent:** Thursday, May 13, 2004 4:06 PM
**To:** Greer, William H. CAVHCS
**Subject:** FW: What happen to my mail ?????????????


FYI


-----Original Message-----
**From:** Thomas, Larry Donell CAVHCS
**Sent:** Friday, November 14, 2003 3:44 PM
**To:** Greer, William H. CAVHCS
**Cc:** Beasley, Ty CAVHCS; McCloud, Loretta M. CAVHCS; Carlisle, Harald
**Subject:** What happen to my mail ?????????????

I'm surprised to know that someone has cleaned out my mail box, this couldn't have been an accident because my inbox was wipe clean and new messages started today. I wish to have some privacy at least when it come to my mail. This is the second violation of my privacy. I guest you had a reason to clean my box.

Would you please explain the reason for see process?

Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424

1

**Greer, William H. CAVHCS**

| | |
|---|---|
| rom: | Thomas, Larry Donell CAVHCS-IT |
| sent: | Monday, March 15, 2004 7:02 AM |
| To: | Greer, William H. CAVHCS |
| Subject: | FW: TopCon Follow-up |

-----Original Message-----
From: Jay Thomas [mailto:huskteam38@charter.net]
Sent: Monday, March 15, 2004 7:26 AM
To: Larry.Thomas6@med.va.gov
Subject: FW: TopCon Follow-up

-----Original Message-----
From: Jay Thomas [mailto:huskteam38@charter.net]
Sent: Monday, March 15, 2004 5:16 AM
To: Larry.Thomas6@med.va.govv
Subject: TopCon Follow-up

Mr. Greer as you can see the communication link between Saundrah and I has slowed down production as a team. Saundrah refuse to communicate with me unless someone such as Ty or yourself is present, and this has slowed down production. Because every time I try a talk to her she snaps or address me with attuide and walk away.

The process which needed to be completed was a system and Bio Med function, I know Saundrah told us this patch was done in December and Judy told you that their part was complete the information given was incorrect. As I stated to Mr. Piper his people need to attend meetings so they might know what's going on and we all work as a team. The process that was incomplete was a system function which was part of the patch 10 setup and that belong to Saundrah and Judy needed to set the IP address to the production account on the camera. By the way I don't even have the programmer Keys assigned to me to perform the task.

It has been identified that Vista Imaging programming for this patch doesn't work in test. All setup for this patch should be done in production.

Mr. Greer I have A trip to Columbus to conduct provider training and I shall return by the close of business today.

Larry Thomas
Vista Imaging Implementation Manager
Montgomery, Alabama 36109
334-273-6248 or 334-799-6708

1