# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

**Larry D. Thomas**
**Plaintiff/pro se**

**Civil Action No 2:05cv437-T**

**Vs**

**R James Nicholson**
**Secretary, Department of**
**Veterans Affairs**

# EXHIBIT E

**Rearranging emails to mislead the intension**

Greer, William H. CAVHCS

From: Beasley, Ty CAVHCS
Sent: Thursday, May 13, 2004 4:53 PM
To: Greer, William H. CAVHCS
Subject: FW: Scanners

fyi

-----Original Message-----
From: Thomas, Larry Donell CAVHCS
Sent: Friday, September 12, 2003 9:30 AM
To: Greer, William H. CAVHCS
Cc: Beasley, Ty CAVHCS
Subject: FW: Scanners

These Scanners need to be pulled, they should be taken to the Training Room (4A-132) and setup on training workstations. Contact person for training room is Mr. Larry Thomas. Ext.-4424.

| ROOM NUMBER | LOCATION | NUMBER | |
|---|---|---|---|
| 1. 1B-113 | OCCUPATIONAL THERPY | 1 | EE43592 |
| 2. 2A | NURSE STATION | 1 | EE43597 |
| 3. 2C-107 | SURGERY | 1 | EE43599 |
| 4. 3B | NURSE STATION | 1 | EE43589 |
| 5. 4A | NURSE STATION | 1 | EE43586 |
|  | NURSE STATION | 1 | EE43588 |
| 6. GD | NURSE STATION -YELLOW TEAM | 1 | EE43584 |

-----Original Message-----
From: Greer, William H. CAVHCS
Sent: Thursday, September 11, 2003 4:06 PM
To: Thomas, Larry Donell CAVHCS
Subject: RE: Scanners

There are some holes in this message. What scanners (EE number). Who needs to pull them? When do they need to be moved?

Maybe its fine and I just do not get it. Could you please give me a call on this....Thanks.

Sincerely,


*William H. Greer*
IT Operations Manager
Department of Veterans Affairs
Central Alabama Veterans Health Care System (CAVHCS)

**East Campus:** 2400 Hospital Road, Bldg 3A, Room 431, Tuskegee, AL 36083-5001
**West Campus:** 215 Perry Hill Road, T40, Montgomery, AL 36109

**Cell Phone:** 334.657.5492

NEXTEL ID: 186*112*20346 (outside) 20346 (inside)
Page: 334.261.5235
Office Phone: 334.725.2953

E-mail: William.Greer2@med.va.gov

-----Original Message-----
From: Thomas, Larry Donell CAVHCS
Sent: Thursday, September 11, 2003 3:31 PM
To: Greer, William H. CAVHCS
Cc: Beasley, Ty CAVHCS
Subject: FW: Scanners

With Van Bommell Permission one his Supervisors and I Identified the scanners to be used for training. This was the message I sent to Van Bommell and Staff. We are just trying to get a handle on scanning until your staff has been properly trained.
The scanners required will be used to give your personnel hands on training to assure a good understanding, with a written sign comfirmation of understanding of there ability to operate VistA Imaging scanners for there area.
To my understanding there should be no impact to the wards because some of the scanners are sitting in providers areas not being used. Below are the scanners to be pulled off the network and reinstalled in the training room 4A 132 on the west Campus.
Any questions please contact me directly concerning VistA Imaging Training and Implementation.

Larry Thomas
VistA Imaging Implementation Manager, CAVHCS
334-273-6248 or Ext.4424


-----Original Message-----
From: Iverson, Karen T. CAVHCS
Sent: Thursday, September 11, 2003 12:33 PM
To: Jones, Betty A CAVHCS
Cc: Thomas, Larry Donell CAVHCS
Subject: Scanners

These are the Scanners that should be pulled by hardware and the location of each Scanner. When the Scanners are pulled they should be taken to the Training Room. (4A-132). Contact person for training room is Mr. Larry Thomas. Ext.-4424.

| ROOM NUMBER | LOCATION | NUMBER |
|---|---|---|
| 1. 1B-113 | OCCUPATIONAL THERPY | 1 |
| 2. 2A | NURSE STATION | 1 |
| 3. 2C-107 | SURGERY | 1 |
| 4. 3B | NURSE STATION | 1 |
| 5. 4A | NURSE STATION | 2 |
| 6. GD | NURSE STATION -YELLOW TEAM | 1 |