# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

Larry D. Thomas
Plaintiff/pro se

Civil Action No 2:05cv437-T

Vs

R James Nicholson
Secretary, Department of
Veterans Affairs

# EXHIBIT F

Mr. Greer made-up job description

# VistA Imaging Coordinator

1. To have great communication and verbal skills.
2. To be able to provide Imaging/RAD training within a Hospital System (meaning the ability to communicate at all levels with clinical and non clinical staff in a Hospital environment).
3. Must be able to Organize and Implement projects at many different levels (either as a lead or a productive team member).
4. Accomplishment of assigned projects in a timely manner. Keeping supervisor advised on project progress, problem areas and estimated completion dates.
5. Must have the knowledge and discipline to interact with chiefs of different service lines as well as the front office (always put forth a professional image).
6. Must have some clinical knowledge to be able to implement Clinical Service line within VistA Imaging/RAD.
7. Must be involved with weekly Imaging/RAD calls at local and national level and be willing to share and help implement new ideas within the group.
8. Must always interact, in a professional manner, with your counterpart the Imaging System Manager and keep him or her up to date.
9. Provide weekly updates to your CIO and daily if needed.
10. Make daily check with Radiology regarding any issues either pending or on the horizon.
11. Make checks either weekly or daily on service line that have come up with or are about to come up with Imaging.
12. Make sure that there is always an ongoing training process for Imaging/RAD that is taking place.
13. Keep up with patches and updates that are being mandated nationally or from the VISN.
14. Be a backup at some level to the Imaging System Manager (site dependent on CIO).
15. Be able to work professionally with different vendors to work out any issues that can arise with implementation or ongoing support.
16. Provide accurate and timely responses to requests for customer service in a courteous, tactful and helpful manner at all times.
17. Be a positive influence on VistA Imaging/RAD.