IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Larry D. Thomas
Plaintiff/pro se

Civil Action No 2:05cv437-T

Vs

R James Nicholson
Secretary, Department of
Veterans Affairs

# EXHIBIT G

**Office of Personnel Management Job Duties**

**EXHIBIT (G)**

Live Guidance for Project Manager Positions                                    CG03-0001 August 2003

# Project Manager Characteristics

## Project Manager Duties Tasks

Project manager positions exist in many different disciplines. For example, an engineer or architect normally manages projects associated with designing specialized equipment or structures. Subject matter experts in fields such as IT or finance deal with developing and testing information networks and financial systems. However, regardless of the subject matter area involved, the project manager function is characterized by a *common set* of duties/tasks. A project manager generally applies all of these duties/tasks to meet project requirements, as follows:

  Determines appropriate products or services with clients or customers to define project, scope, requirements, and deliverables
  Develops, modifies, or provides input to project plans;
  Implements project plans to meet objectives;
  Coordinates and integrates project activities;
  Manages, leads, or administers project resources;
  Monitors project activities and resources to mitigate risk;
  Implements or maintains quality assurance processes;
  Makes improvements, solves problems, or takes corrective action when problems arise;  Gives presentations or briefings on all aspects of the project;
  Participates in phase, milestone, and final project reviews;
  Identifies project documentation requirements or procedures; and
  Develops and implements product release plan.

## IT Project Manager Duties Tasks

In addition to the duties/tasks cited above that are common to most project manager positions, IT project managers perform or are responsible for managing most of the following:

  Identifies customers' information systems requirements;
  Analyzes information systems requirements or environment;
  Designs or conducts analytical studies, cost-benefit analyses, or other research;
  Evaluates, monitors, or ensures compliance with laws, regulations, policies, standards, or procedures;
  Purchases or contracts for IT services, equipment, products, supplies, property, or other items;
  Integrates information systems subsystems;
  Develops information systems testing strategies, plans, or scenarios;
  Identifies standards or requirements for infrastructure configuration or change management;
  Participates in change control (for example, reviewing configuration change requests);
  Develops or implements information systems security plans and procedures; and
  Ensures appropriate product-related training and documentation are developed and made available to customers.