# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

**Larry D. Thomas**
**Plaintiff/pro se**

**Civil Action No 2:05cv437-T**

**Vs**

**R James Nicholson**
**Secretary, Department of**
**Veterans Affairs**

# EXHIBIT H
**Example of Training Form**

## CENTRAL ALABAMA VETERANS HEALTH CARE SYSTEM
### Montgomery/Tuskegee

PROGRAM EVALUATION

NAME: _____

DATE: _____

PROGRAM: <u>Vista Imaging Display</u>

MD _____
RN _____
LPN _____
NA _____
Student _____
Other _____
(Specify)

**LEGEND**
**5 = Outstanding**
**4 = Above Average**
**3 = Average**
**2 = Below Average**
**1 = NA/Unacceptable**

*PLEASE FILL IN THE CIRCLES UNDER THE NUMBER YOU THINK BEST EVALUATES THIS ACTIVITY ACCORDING TO THE LEGEND ABOVE.*

This CAVHCS activity:

| Utilized knowledgeable, organized and effective speakers | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|
| Speaker 1 | ● | O | O | O | O |
| Speaker 2 (if any) | O | O | O | O | O |
| Speaker 3 (if any) | O | O | O | O | O |
| Enabled me to achieve the session objective(s) | O | O | O | O | O |
| Provided content relative to the session objectives | O | O | O | O | O |
| Provided physical facilities conductive to learning | O | O | O | O | O |
| Enabled me to meet my personal objectives ) | O | O | O | O | O |

List program strengths:

List areas that need improvement:

List continuing education programs that you would be interested in attending:

Additional comments: