# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| LARRY D. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:05-cv-437-WKW |
| | ) |
| R. JAMES NICHOLSON, | ) |
| Secretary of the Department of | ) |
| Veterans Affairs, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This case is before the court on plaintiff's objection (Doc. # 59) to the Recommendation of the Magistrate Judge (Doc. # 56). After an independent review of the file in this case and upon consideration of the Recommendation and plaintiff's objection, it is ORDERED that:

1. The objection (Doc. # 59) to the Recommendation of the Magistrate Judge is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #56) is ADOPTED;

3. This case is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 27th day of June, 2007.

                                          /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE