## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **LARRY D. THOMAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:05-cv-437-WKW** |
| | ) | |
| **R. JAMES NICHOLSON,** | ) | |
| **Secretary of the Department of** | ) | |
| **Veterans Affairs,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the Court, it is ORDERED, ADJUDGED and DECREED that:

1.    Judgment is entered in favor of the defendant and against plaintiff;

2.    This action is DISMISSED with prejudice; and

3.    Costs are taxed against the plaintiff.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 27th day of June, 2007.

        /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE