## Dunn, King & Associates, L.L.C.  Invoice

Phone: (334) 263-0261 or (800) 359-8001; Fax: (334) 263-1243
431 South Court Street
P. O. Box 1627
Montgomery, AL 36102-1627

| Invoice Date | Invoice # |
|---|---|
| Saturday, September 23, 2006 | 20677F |

RECEIVED
2006 SEP 25 P 1:15

R. Randolph Neeley
U.S. ATTORNEY'S OFFICE
One Court Square, Suite 201
Montgomery, AL 36104

Phone: (334) 223-7280   Fax: (334) 223-7560

**Witness:** Thomas, Larry Donell
**Case:** Thomas, Larry D. vs. R. James Nicholson
**Venue:** U.S. Dist. Court Middle District Northern Division
**Number:** 3659
**Date:** 9/1/2006
**Time:** 1:32 PM

16585A

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| AUSA | Appearance for U.S. Attorney/per hour | $25.00 | 3.25 | $81.25 |
| USA | Original & 1 | $3.50 | 139 | $486.50 |
| | | Sub Total | | $567.75 |
| | | Payments | | $0.00 |
| | | Balance Due | | $567.75 |

Payment due in 30 days. Terms-Net 30; Interest charged at a rate of 1.5% on any unpaid balance
Please note invoice number on remittance to insure proper credit.
63-0823137