UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

RECEIVED
2007 JUL 27 A 10: 19
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Larry D. Thomas    Plaintiff,           )
                                        )
           vs.                          )   CIVIL ACTION NO. 2:05-cv-437-WKW
                                        )
R. James Nicholson                      )
Secretary of Veterans Affairs           )
                                        )
                  Defendant.            )

NOTICE OF APPEAL

Notice is hereby given that __Larry D. Thomas__ above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the __Final Judgement__ entered in this action on the __27th__ day of __June__, __2007__.

__Larry Thomas__
Signature

__07/27/2007__
Date of Signature

__3327 Lunceford St__
__Montgomery, AL, 36108__
Address

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

## Declaration of service

Executed on July 27, 2007

Respectfully submitted,

*[signature]* 7/27/07

Larry D Thomas / Plaintiff/ /pro se
3327 Lunceford St
Montgomery, Alabama 36108

**ATTN** Magistrate: Judge Charles Coody
Magistrate: Keith Watkins

OFFICE OF THE CLERK
United States District Court
P.O Box 771
Montgomery, Alabama 35101-0711

**Randolph Neeley**
Assistant United States Attorney
United States Attorney's Office
P.O. Box 197
Montgomery, Al 36101-0197