**Gordon Fields**/CA11/11/USCOURTS
10/25/2007 01:48 PM

To  Yolanda Williams/ALMD/11/USCOURTS@USCOURTS
cc  Donna Norfleet/ALMD/11/USCOURTS@USCOURTS, Marcus Simmons/CA11/11/USCOURTS@USCOURTS
bcc
Subject  1st Request for ROA: 07-13527-FF (DC: 2:05-00437 CV W N)

CA11# 07-13527-FF
Larry D. Thomas, Sr. v. R. James Nicholson
MAL: 2:05-00437 CV W N
----------------------------------------GORDON FIELDS
Briefing/Closing Docket Clerk
11th Circuit Courts of Appeal
(404) 335-6226