RECEIVED
2008 MAY 23 A 10: 42

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

May 22, 2008

**Appeal Number: 07-13527-FF**
Case Style: Larry D. Thomas, Sr. v. R. James Nicholson
District Court Number: 05-00437 CV-W-N

TO:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

May 22, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-13527-FF**
Case Style: Larry D. Thomas, Sr. v. R. James Nicholson
District Court Number: 05-00437 CV-W-N

---

The following record materials in the referenced case are returned herewith:

Record on Appeal VOL(S) two volumes

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

REC-3 (06-2006)